| Miguel S. Ruiz | Amended Schedule A - Real Property | | Addendum to Amended Schedule A |
|---|---|---|---|

| Description of and Location of Property | Nature of Debtor's Interest in Property | Current Value of Debtor's Interest Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|
| Commercial Condominium 2317 North Milwaukee Unit R-1 Chicago, IL 60647 | 100% Beneficiary of Chicago Title Land Trust No. 119024 | $350,000.00 | $500,000.00 |
| Commercial Condominium 2317 North Milwaukee Unit R-2 Chicago, IL 60647 | 100% Beneficiary of Chicago Title Land Trust No. 119024 | $350,000.00 | $500,000.00 |
| Commercial Condominium 2317 North Milwaukee Unit R-3 Chicago, IL 60647 | 100% Beneficiary of Chicago Title Land Trust No. 119024 | $350,000.00 | $500,000.00 |
| Residential Condominium 2317 North Milwaukee Unit 4 Chicago, IL 60647 | 100% Beneficiary of Chicago Title Land Trust No. 119024 | $375,000.00 | $200,000.00 |
| 6 Residential Unit Building Under Rehab Construction 322-24 South Sacramento Chicago, IL | 100% Beneficiary of Chicago Title Land Trust No. 119024 | $1,800,000.00 | $996,800.00 |
| Single Family Home 1918 West Winnemac Chicago, IL | 100% Fee Simple Title in Debtor | $900,000.00 | <u>$900,000.00</u> |
| 2 Houses in Ecuador | | | |
| Total | | | $3,596,800.00 |