Apr 17 09 12:47p  Miguel Ruiz  773-394-6009  p.2

Case 09-05984  Doc 26-1  Filed 05/26/09  Entered 05/26/09 17:29:05  Desc Exhibit
Exhibit A to Response to Motion  Page 1 of 1

**DECLARATIONS**

**ILLINOIS HOMEOWNERS POLICY - GOLD STAR SPECIAL DELUXE FORM (ED 06/94) IL**

NON-ASSESSABLE POLICY ISSUED BY AMERICAN FAMILY MUTUAL INSURANCE COMPANY
A MEMBER OF THE AMERICAN FAMILY INSURANCE GROUP, MADISON, WI
**PLEASE READ YOUR POLICY**

**POLICY NUMBER**   12BU534601 55

**NAMED INSURED**

RUIZ, MIGUEL & BLANCA
1918 WEST WINNEMAC AVE.
CHICAGO, IL 60640

**EFFECTIVE**
FROM 4/14/2009 TO 4/14/2010

**COVERAGES AND LIMITS PROVIDED**

001 FAMILY FRAME DWELLING IN TOWN CLASS 2

| SECTION I | LIMITS |
|---|---|
| DWELLING | $519,200 |
| PERSONAL PROPERTY ON PREMISES | $389,400 |
| PERSONAL PROPERTY OFF PREMISES 100% SUBJECT TO POLICY LIMITATION | |
| LOSS OF USE - ACTUAL LOSS SUSTAINED WITHIN 12 MONTHS OF THE LOSS | |
| DEDUCTIBLE AMOUNT - ALL PERIL | $1,000 |
| **SECTION II** | |
| PERSONAL LIABILITY | $300,000 |
| MEDICAL EXPENSE | $1,000 |

ADDITIONAL PROTECTION / ENDORSEMENTS

ENVIRONMENTAL/PERSONAL POLLUTION DAMAGE COV (END 523 ED 9/94)
GOLD STAR HOMEOWNERS AMENDATORY (END 587 ED 10/99)
ILLINOIS AMENDATORY HOMEOWNERS (END 584 (IL) ED 12/00)
OPTION 2 - EXTENDED COVERAGE ON JEWELRY, WATCHES AND FURS
OPTION 14 - PERSONAL PROPERTY REPLACEMENT COVERAGE

THIS POLICY INCLUDES INCREASED BUILDING LIMIT COVERAGE UP TO 120% OF THE DWELLING LIMIT SHOWN ABOVE, SUBJECT TO POLICY PROVISIONS.

CLAIM FREE DISCOUNT HAS BEEN APPLIED

**LOCATION OF RISK:**   1918 W. WINNEMAC AVE. CHICAGO IL 60640
**MORTGAGEE**
REFERENCE NUMBER: 70010004671
Banco Popular ISAOA 4000 W. North Ave. Chicago, IL 60639

LATEST BUILDING COST INDEX IS 33333

Declarations effective on the date shown above. These declarations form a part of this policy and replace all other declarations which may have been issued previously for this policy. If these declarations are accompanied by a new policy, the policy replaces any which may have been issued before with the same policy number.

**AUTHORIZED**
**REPRESENTATIVE**   *President*   *Secretary*

**AGENT**  091-809   **PHONE**  (847) 985-0121

Brett A. Keyes Agency
1740 West Wise Road
www.keyesagency.com
Schaumburg, IL 60193

Form No. HO-47C   1 of 1   Stock No. 23281