# Comparative Market Analysis

### Property At:

### *Prepared For:*
atty Ruiz

,

### *Prepared By:*
Fermin Perez, CNC
Century 21 Lullo



Office Phone: 🇺🇸 ▾ (630) 543-5640 📞
Direct Line: 🇺🇸 ▾ (630) 258-7708 📞
Personal Fax Number:
Email: *fprealtor@netscape.net*

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community     http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984    Doc 26-2    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit B to Response to Motion    Page 2 of 25

connectMLS - Connecting Your Real Estate Community   http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984   Doc 26-2   Filed 05/26/09   Entered 05/26/09 17:29:05   Desc Exhibit
Exhibit B to Response to Motion   Page 3 of 25

05/26/2009

atty Ruiz

,


Dear atty Ruiz,

Thank you for allowing me this opportunity to provide you with our exclusive Market Analysis for your home. This analysis, especially prepared for you, was researched from reliable information currently available from the local multiple listing service. It indicates what real estate activity has occurred in your area with other properties. While none of the properties are exactly like yours, they do provide a good reference source for a comparative market analysis.

I welcome the opportunity to work as your real estate professional. I encourage you to contact me should you have any questions or require any additional information.

Sincerely,
Fermin Perez, CNC

Century 21 Lullo

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community          http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984    Doc 26-2    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit B to Response to Motion    Page 4 of 25

connectMLS - Connecting Your Real Estate Community　　http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984　Doc 26-2　Filed 05/26/09　Entered 05/26/09 17:29:05　Desc Exhibit
Exhibit B to Response to Motion　Page 5 of 25

# Resume For FERMIN PEREZ

**CENTURY21 LULLO**
**16 W LAKE ST**

Office Phone:　🇺🇸▾ (630) 258-7708 🟢
Cell Phone:　🇺🇸▾ (630) 258-7708 🟢

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community    http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984    Doc 26-2    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit B to Response to Motion    Page 6 of 25

connectMLS - Connecting Your Real Estate Community  http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984   Doc 26-2   Filed 05/26/09   Entered 05/26/09 17:29:05   Desc Exhibit
Exhibit B to Response to Motion   Page 7 of 25

# Subject Property

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community    http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984    Doc 26-2    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit B to Response to Motion    Page 8 of 25

connectMLS - Connecting Your Real Estate Community       http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984    Doc 26-2    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit B to Response to Motion    Page 9 of 25

# Market Analysis Summary

## *Currently for Sale*

**Comparables**

| MLS # | Stat | Address | List Price | RP | Sub Type |
|-------|------|---------|-----------|-----|----------|
| 06131355 | ACTV | 2525 N ELSTON AVE | $0 | $15.50 | Other |
| 06940155 | ACTV | 1905 N Milwaukee AVE | $0 | $16 | Neighborhood Storefront |
| 07018307 | ACTV | 2623 W ARMITAGE AVE | $0 | $18 | Neighborhood Storefront |
| 07100042 | ACTV | 2355 N MILWAUKEE AVE | $0 | $15 | RETAIL |
| 07156529 | ACTV | 1830 N MILWAUKEE AVE | $0 | $18 | Other |
| 07156552 | ACTV | 1830 N MILWAUKEE AVE | $0 | $18 | Other |
| 07181173 | ACTV | 2317 N MILWAUKEE AVE | $0 | $17 | Condo |
| 07181191 | ACTV | 2319 N MILWAUKEE AVE | $0 | $17 | Condo |
| 07210716 | ACTV | 3125 W FULLERTON AVE | $0 | $18 | Neighborhood Storefront |
| 07215968 | ACTV | 2016 W ARMITAGE AVE | $0 | $17.14 | Neighborhood Storefront |
| 07221914 | ACTV | 3245 W FULLERTON AVE | $0 | $15 | Neighborhood Storefront |
| 07182688 | TEMP | 2214 N MILWAUKEE AVE | $0 | $16 | Neighborhood Storefront |
| 06897554 | ACTV | 2509 W Fullerton AVE | $199,900 | $15 | Condo |
| 07106479 | ACTV | 2129 N WESTERN AVE | $259,000 | $17.50 | Neighborhood Storefront |
| 07106449 | ACTV | 2129 N WESTERN AVE | $299,000 | $17.50 | Neighborhood Storefront |
| 07130254 | ACTV | 1635 W CORTLAND AVE | $325,000 | $20 | Condo |
| 07180704 | ACTV | 2319 N MILWAUKEE AVE | $350,000 | $15 | Condo |
| 07180834 | ACTV | 2317 N MILWAUKEE AVE | $350,000 | $15 | Condo |
| 07130306 | ACTV | 1635 W CORTLAND AVE | $360,000 | $15 | Condo |
| 07204173 | ACTV | 1800 N MILWAUKEE AVE | $369,000 | $18 | Neighborhood Storefront |

**Statistics**                                                                 Total Properties: 20

|  | List Price | RP | BSQ | LMT | MT |
|--|-----------|-----|-----|-----|-----|
| **Minimum** | $0 | $15 | 0 | 7 | 7 |
| **Maximum** | $369,000 | $20 | 185000 | 1115 | 1115 |
| **Average** | $125,595 | $17 | 16671 | 160 | 204 |

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community     http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984    Doc 26-2    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit B to Response to Motion    Page 10 of 25

# Comparables

| | Subject Property | Comp #1 Adjustment | Comp #2 Adjustment | Comp #3 Adjustment |
|---|---|---|---|---|
| | No Photo Available | | | |
| MLS #: | | 06131355 | 06940155 | 07018307 |
| Status: | | **ACTV** | **ACTV** | **ACTV** |
| Street Number: | | 2525 | 1905 | 2623 |
| Compass Point: | | N | N | W |
| Street Name: | | ELSTON | Milwaukee | ARMITAGE |
| Street Suffix: | | AVE | AVE | AVE |
| City: | | Chicago | Chicago | Chicago |
| Zip Code: | | 60647 | 60647 | 60647 |
| Subdivision/Complex: | | | | |
| Area: | | 8022 | 8022 | 8022 |
| List Price: | | $0 | $0 | $0 |
| Sold Price: | | | | |
| # Of Units: | | 17 | | 1 |
| # Of Stories: | | 2 | 1 | 3 |
| Approx Total Bldg Sq Ft: | | 81694 | 1390 | 2496 |
| Sub Type: | | Other | Neighborhood Storefront | Neighborhood Storefront |
| Actual Zoning: | | C3-3 | Retail | Retail |
| Lot Dimensions: | | 178' X 410' | 0X0 | COMMON |
| # Of Parking Spaces: | | 46 | | 2 |
| # Of Drive In Doors: | | 0 | | |
| # Of TL Docks: | | 5 | | |
| Rental Price Per Sq. Ft./Year: | | $15.50 | $16 | $18 |
| Rented Price ($ per SF/Year): | | | | |
| Min Avail Sq Ft (Rentable): | | 5519 | 1390 | 1200 |
| Max Avail Sq Ft (Rentable): | | 5519 | 1390 | 1200 |
| Air Conditioning: | | | | |
| Heat/Ventilation: | | Central Heat/Indiv Controls | Central Heat/Indiv Controls | Forced Air, Gas |
| Current Use: | | Commercial | | |
| Total Annual Income: | | 0 | 0 | 0 |
| Short Sale/Foreclosed /Court Approved: | | | | |
| Total Adjustments: | | $0 | $0 | $0 |
| Adjusted Price: | | $0 | $0 | $0 |

connectMLS - Connecting Your Real Estate Community          http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984    Doc 26-2    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit B to Response to Motion    Page 11 of 25

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community     http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984    Doc 26-2    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit B to Response to Motion    Page 12 of 25

# Comparables (continued)

| | Subject Property | Comp #4 Adjustment | Comp #5 Adjustment | Comp #6 Adjustment |
|---|---|---|---|---|
| | No Photo Available |  |  |  |
| MLS #: | | 07100042 | 07156529 | 07156552 |
| Status: | | ACTV | ACTV | ACTV |
| Street Number: | | 2355 | 1830 | 1830 |
| Compass Point: | | N | N | N |
| Street Name: | | MILWAUKEE | MILWAUKEE | MILWAUKEE |
| Street Suffix: | | AVE | AVE | AVE |
| City: | | Chicago | Chicago | Chicago |
| Zip Code: | | 60647 | 60647 | 60647 |
| Subdivision/Complex: | | | | |
| Area: | | 8022 | 8022 | 8022 |
| List Price: | | $0 | $0 | $0 |
| Sold Price: | | | | |
| # Of Units: | | | | |
| # Of Stories: | | 2 | 3 | 3 |
| Approx Total Bldg Sq Ft: | | 4000 | 0 | 0 |
| Sub Type: | | RETAIL | Other | Other |
| Actual Zoning: | | Commercial | Retail | Retail |
| Lot Dimensions: | | 25X125 | 132 X 100 | 132 X 100 |
| # Of Parking Spaces: | | | 1 | 1 |
| # Of Drive In Doors: | | | 0 | 0 |
| # Of TL Docks: | | | 0 | 0 |
| Rental Price Per Sq. Ft./Year: | | $15 | $18 | $18 |
| Rented Price ($ per SF/Year): | | | | |
| Min Avail Sq Ft (Rentable): | | 1500 | 1450 | 850 |
| Max Avail Sq Ft (Rentable): | | 1500 | 1450 | 850 |
| Air Conditioning: | | | | |
| Heat/Ventilation: | | Central Heat/Indiv Controls | Forced Air, Gas | Forced Air, Gas |
| Current Use: | | | | |
| Total Annual Income: | | 0 | 0 | 0 |
| Short Sale/Foreclosed /Court Approved: | | | | |
| Total Adjustments: | | $0 | $0 | $0 |
| Adjusted Price: | | $0 | $0 | $0 |

connectMLS - Connecting Your Real Estate Community   http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984  Doc 26-2  Filed 05/26/09  Entered 05/26/09 17:29:05  Desc Exhibit
Exhibit B to Response to Motion  Page 13 of 25
Prepared By: Fermin Perez, CNC Century 21 Lullo

# Comparables (continued)

|  | Subject Property | Comp #7 Adjustment | Comp #8 Adjustment | Comp #9 Adjustment |
|---|---|---|---|---|
|  | No Photo Available |  |  |  |
| MLS #: |  | 07181173 | 07181191 | 07210716 |
| Status: |  | ACTV | ACTV | ACTV |
| Street Number: |  | 2317 | 2319 | 3125 |
| Compass Point: |  | N | N | W |
| Street Name: |  | MILWAUKEE | MILWAUKEE | FULLERTON |
| Street Suffix: |  | AVE | AVE | AVE |
| City: |  | Chicago | Chicago | Chicago |
| Zip Code: |  | 60647 | 60647 | 60647 |
| Subdivision/Complex: |  |  |  |  |
| Area: |  | 8022 | 8022 | 8022 |
| List Price: |  | $0 | $0 | $0 |
| Sold Price: |  |  |  |  |
| # Of Units: |  |  |  |  |
| # Of Stories: |  | 1 | 1 | 5 |
| Approx Total Bldg Sq Ft: |  | 4000 | 4000 | 185000 |
| Sub Type: |  | Condo | Condo | Neighborhood Storefront |
| Actual Zoning: |  | Retail | Retail | Other |
| Lot Dimensions: |  | COMMON | COMMON | 271 X 125 |
| # Of Parking Spaces: |  |  |  | 1 |
| # Of Drive In Doors: |  |  |  |  |
| # Of TL Docks: |  |  |  |  |
| Rental Price Per Sq. Ft./Year: |  | $17 | $17 | $18 |
| Rented Price ($ per SF/Year): |  |  |  |  |
| Min Avail Sq Ft (Rentable): |  | 1875 | 1875 | 1300 |
| Max Avail Sq Ft (Rentable): |  | 4000 | 4000 | 17000 |
| Air Conditioning: |  |  |  |  |
| Heat/Ventilation: |  | Gas | Gas | Central Heat/Indiv Controls |
| Current Use: |  |  |  |  |
| Total Annual Income: |  | 0 | 0 | 0 |
| Short Sale/Foreclosed /Court Approved: |  |  |  |  |
| Total Adjustments: |  | $0 | $0 | $0 |
| Adjusted Price: |  | $0 | $0 | $0 |

connectMLS - Connecting Your Real Estate Community    http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984    Doc 26-2    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit B to Response to Motion    Page 15 of 25

Prepared By: Fermin Perez, CNC Century 21 Lullo

# Comparables (continued)

| | Subject Property | Comp #10 | Adjustment | Comp #11 | Adjustment | Comp #12 | Adjustment |
|---|---|---|---|---|---|---|---|
| | No Photo Available |  | |  | |  | |
| MLS #: | | 07215968 | | 07221914 | | 07182688 | |
| Status: | | ACTV | | ACTV | | TEMP | |
| Street Number: | | 2016 | | 3245 | | 2214 | |
| Compass Point: | | W | | W | | N | |
| Street Name: | | ARMITAGE | | FULLERTON | | MILWAUKEE | |
| Street Suffix: | | AVE | | AVE | | AVE | |
| City: | | Chicago | | Chicago | | Chicago | |
| Zip Code: | | 60647 | | 60647 | | 60647 | |
| Subdivision/Complex: | | | | | | | |
| Area: | | 8022 | | 8022 | | 8022 | |
| List Price: | | $0 | | $0 | | $0 | |
| Sold Price: | | | | | | | |
| # Of Units: | | | | 2 | | | |
| # Of Stories: | | 3 | | 3 | | 3 | |
| Approx Total Bldg Sq Ft: | | 4200 | | 9000 | | 5326 | |
| Sub Type: | | Neighborhood Storefront | | Neighborhood Storefront | | Neighborhood Storefront | |
| Actual Zoning: | | Retail | | Retail | | Retail | |
| Lot Dimensions: | | 23X100 | | 50 X 150 | | 24 X 111 | |
| # Of Parking Spaces: | | | | 8 | | | |
| # Of Drive In Doors: | | | | | | | |
| # Of TL Docks: | | | | | | | |
| Rental Price Per Sq. Ft./Year: | | $17.14 | | $15 | | $16 | |
| Rented Price ($ per SF/Year): | | | | | | | |
| Min Avail Sq Ft (Rentable): | | 1400 | | 1311 | | 1600 | |
| Max Avail Sq Ft (Rentable): | | 1400 | | 2850 | | 1600 | |
| Air Conditioning: | | | | | | | |
| Heat/Ventilation: | | Central Bldg Heat | | Central Heat/Indiv Controls, Forced Air, Gas | | None | |
| Current Use: | | | | Commercial | | | |
| Total Annual Income: | | 0 | | 0 | | 0 | |
| Short Sale/Foreclosed /Court Approved: | | | | | | | |
| Total Adjustments: | | $0 | | $0 | | $0 | |
| Adjusted Price: | | $0 | | $0 | | $0 | |

connectMLS - Connecting Your Real Estate Community    http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984    Doc 26-2    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit B to Response to Motion    Page 17 of 25

Prepared By: Fermin Perez, CNC Century 21 Lullo

Case 09-05984    Doc 26-2    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit B to Response to Motion    Page 18 of 25

# Comparables (continued)

| | Subject Property | Comp #13 | Adjustment | Comp #14 | Adjustment | Comp #15 | Adjustment |
|---|---|---|---|---|---|---|---|
| | No Photo Available |  | |  | |  | |
| MLS #: | | 06897554 | | 07106479 | | 07106449 | |
| Status: | | ACTV | | ACTV | | ACTV | |
| Street Number: | | 2509 | | 2129 | | 2129 | |
| Compass Point: | | W | | N | | N | |
| Street Name: | | Fullerton | | WESTERN | | WESTERN | |
| Street Suffix: | | AVE | | AVE | | AVE | |
| City: | | Chicago | | Chicago | | Chicago | |
| Zip Code: | | 60647 | | 60647 | | 60647 | |
| Subdivision/Complex: | | | | | | | |
| Area: | | 8022 | | 8022 | | 8022 | |
| List Price: | | $199, 900 | | $259, 000 | | $299, 000 | |
| Sold Price: | | | | | | | |
| # Of Units: | | 4 | | 11 | | 11 | |
| # Of Stories: | | 4 | | 4 | | 4 | |
| Approx Total Bldg Sq Ft: | | 6000 | | 0 | | 0 | |
| Sub Type: | | Condo | | Neighborhood Storefront | | Neighborhood Storefront | |
| Actual Zoning: | | Retail | | Commercial | | Commercial | |
| Lot Dimensions: | | 25 X 125 | | COMMON | | COMMON | |
| # Of Parking Spaces: | | 0 | | | | | |
| # Of Drive In Doors: | | | | 0 | | 0 | |
| # Of TL Docks: | | | | 0 | | 0 | |
| Rental Price Per Sq. Ft./Year: | | $15 | | $17.50 | | $17.50 | |
| Rented Price ($ per SF/Year): | | | | | | | |
| Min Avail Sq Ft (Rentable): | | 1500 | | 1400 | | 1600 | |
| Max Avail Sq Ft (Rentable): | | 1500 | | 1400 | | 1600 | |
| Air Conditioning: | | | | | | | |
| Heat/Ventilation: | | Forced Air | | Forced Air, Gas | | Forced Air, Gas | |
| Current Use: | | | | Commercial, Other | | Commercial, Other | |
| Total Annual Income: | | 0 | | 0 | | 0 | |
| Short Sale/Foreclosed /Court Approved: | | | | | | | |
| Total Adjustments: | | | $0 | | $0 | | $0 |
| Adjusted Price: | | $199900 | | $259000 | | $299000 | |

connectMLS - Connecting Your Real Estate Community          http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984    Doc 26-2    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit B to Response to Motion    Page 19 of 25
Prepared By: Fermin Perez, CNC Century 21 Lullo

# Comparables (continued)

| | Subject Property | Comp #16 Adjustment | Comp #17 Adjustment | Comp #18 Adjustment |
|---|---|---|---|---|
| | No Photo Available |  |  |  |
| MLS #: | | 07130254 | 07180704 | 07180834 |
| Status: | | ACTV | ACTV | ACTV |
| Street Number: | | 1635 | 2319 | 2317 |
| Compass Point: | | W | N | N |
| Street Name: | | CORTLAND | MILWAUKEE | MILWAUKEE |
| Street Suffix: | | AVE | AVE | AVE |
| City: | | Chicago | Chicago | Chicago |
| Zip Code: | | 60622 | 60647 | 60647 |
| Subdivision/Complex: | | | | |
| Area: | | 8022 | 8022 | 8022 |
| List Price: | | $325,000 | $350,000 | $350,000 |
| Sold Price: | | | | |
| # Of Units: | | 1 | | |
| # Of Stories: | | 5 | 1 | 1 |
| Approx Total Bldg Sq Ft: | | 1800 | 4000 | 4000 |
| Sub Type: | | Condo | Condo | Condo |
| Actual Zoning: | | Retail | Commercial | Commercial |
| Lot Dimensions: | | 61X125 | COMMON | COMMON |
| # Of Parking Spaces: | | 2 | | |
| # Of Drive In Doors: | | 1 | | |
| # Of TL Docks: | | | | |
| Rental Price Per Sq. Ft./Year: | | $20 | $15 | $15 |
| Rented Price ($ per SF/Year): | | | | |
| Min Avail Sq Ft (Rentable): | | 1000 | 1875 | 1875 |
| Max Avail Sq Ft (Rentable): | | 4300 | 4000 | 4000 |
| Air Conditioning: | | | | |
| Heat/Ventilation: | | Forced Air, Gas | Gas | Gas |
| Current Use: | | | | |
| Total Annual Income: | | 0 | 0 | 0 |
| Short Sale/Foreclosed /Court Approved: | | | | |
| Total Adjustments: | | $0 | $0 | $0 |
| Adjusted Price: | | $325000 | $350000 | $350000 |

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community    http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984    Doc 26-2    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit B to Response to Motion    Page 21 of 25

connectMLS - Connecting Your Real Estate Community          http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984   Doc 26-2   Filed 05/26/09   Entered 05/26/09 17:29:05   Desc Exhibit
Exhibit B to Response to Motion    Page 22 of 25

# Comparables (continued)

|  | Subject Property | Comp #19  Adjustment | Comp #20  Adjustment |
|---|---|---|---|
|  | No Photo Available | | |
| MLS #: |  | 07130306 | 07204173 |
| Status: |  | ACTV | ACTV |
| Street Number: |  | 1635 | 1800 |
| Compass Point: |  | W | N |
| Street Name: |  | CORTLAND | MILWAUKEE |
| Street Suffix: |  | AVE | AVE |
| City: |  | Chicago | Chicago |
| Zip Code: |  | 60622 | 60622 |
| Subdivision/Complex: |  |  |  |
| Area: |  | 8022 | 8022 |
| List Price: |  | $360, 000 | $369, 000 |
| Sold Price: |  |  |  |
| # Of Units: |  | 1 |  |
| # Of Stories: |  | 5 | 4 |
| Approx Total Bldg Sq Ft: |  | 2520 | 14000 |
| Sub Type: |  | Condo | Neighborhood Storefront |
| Actual Zoning: |  | Commercial | Commercial |
| Lot Dimensions: |  | 61X125 | IRREGULAR |
| # Of Parking Spaces: |  | 1 |  |
| # Of Drive In Doors: |  | 1 |  |
| # Of TL Docks: |  |  |  |
| Rental Price Per Sq. Ft./Year: |  | $15 | $18 |
| Rented Price ($ per SF/Year): |  |  |  |
| Min Avail Sq Ft (Rentable): |  | 1000 | 1250 |
| Max Avail Sq Ft (Rentable): |  | 4300 | 1250 |
| Air Conditioning: |  |  |  |
| Heat/Ventilation: |  | Forced Air, Gas | Forced Air, Gas |
| Current Use: |  |  |  |
| Total Annual Income: |  | 0 | 0 |
| Short Sale/Foreclosed /Court Approved: |  |  |  |
| Total Adjustments: |  | $0 | $0 |
| Adjusted Price: |  | $360000 | $369000 |

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community    http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984    Doc 26-2    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit B to Response to Motion    Page 23 of 25

Case 09-05984    Doc 26-2    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit B to Response to Motion    Page 24 of 25



| Key | MLS # | Status | Address | Price | Rental Price ($ per SF/Year) |
|-----|-------|--------|---------|-------|------------------------------|
| 1) | 06131355 | ACTV | 2525 N ELSTON AVE B100 | | |
| 2) | 06940155 | ACTV | 1905 N Milwaukee AVE | | |
| 3) | 07018307 | ACTV | 2623 W ARMITAGE AVE | | |
| 4) | 07100042 | ACTV | 2355 N MILWAUKEE AVE | | |
| 5) | 07156529 | ACTV | 1830 N MILWAUKEE AVE 1S | | |
| 6) | 07156552 | ACTV | 1830 N MILWAUKEE AVE 1N | | |
| 7) | 07181173 | ACTV | 2317 N MILWAUKEE AVE | | |
| 8) | 07181191 | ACTV | 2319 N MILWAUKEE AVE | | |
| 9) | 07210716 | ACTV | 3125 W FULLERTON AVE | | |
| 10) | 07215968 | ACTV | 2016 W ARMITAGE AVE | | |
| 11) | 07221914 | ACTV | 3245 W FULLERTON AVE 1E | | |
| 12) | 07182688 | TEMP | 2214 N MILWAUKEE AVE | | |
| 13) | 06897554 | ACTV | 2509 W Fullerton AVE GRND | | |
| 14) | 07106479 | ACTV | 2129 N WESTERN AVE 1B | | |
| 15) | 07106449 | ACTV | 2129 N WESTERN AVE 1A | | |
| 16) | 07130254 | ACTV | 1635 W CORTLAND AVE C1 | | |
| 17) | 07180704 | ACTV | 2319 N MILWAUKEE AVE | | |
| 18) | 07180834 | ACTV | 2317 N MILWAUKEE AVE | | |
| 19) | 07130306 | ACTV | 1635 W CORTLAND AVE C2 | | |
| 20) | 07204173 | ACTV | 1800 N MILWAUKEE AVE C-1 | | |

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community       http://mredllc7.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A7...

Case 09-05984    Doc 26-2    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit B to Response to Motion    Page 25 of 25

# Seller's Statement
## Property At:

### *Prepared For: atty Ruiz*
*,*

### *Suggested Marketing Price:  $0*

Prepared By:  Fermin Perez, CNC Century 21 Lullo