connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 1 of 46

# Comparative Market Analysis

### Property At:

*Prepared For:*
Atty Ruiz

,

*Prepared By:*
Fermin Perez, CNC
Century 21 Lullo



Office Phone: 🇺🇸 ▾ (630) 543-5640 📞
Direct Line: 🇺🇸 ▾ (630) 258-7708 📞
Personal Fax Number:
Email: fprealtor@netscape.net

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 2 of 46

connectMLS - Connecting Your Real Estate Community     http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 3 of 46

05/26/2009

Atty Ruiz

,


Dear Atty Ruiz,

Thank you for allowing me this opportunity to provide you with our exclusive Market Analysis for your home. This analysis, especially prepared for you, was researched from reliable information currently available from the local multiple listing service. It indicates what real estate activity has occurred in your area with other properties. While none of the properties are exactly like yours, they do provide a good reference source for a comparative market analysis.

I welcome the opportunity to work as your real estate professional. I encourage you to contact me should you have any questions or require any additional information.

Sincerely,
Fermin Perez, CNC

Century 21 Lullo

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984  Doc 26-3  Filed 05/26/09  Entered 05/26/09 17:29:05  Desc Exhibit
Exhibit C to Repsonse to Motion  Page 4 of 46

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 5 of 46

# Resume For FERMIN PEREZ

**CENTURY21 LULLO**
**16 W LAKE ST**

**Office Phone:**   (630) 258-7708
**Cell Phone:**   (630) 258-7708

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 6 of 46

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 7 of 46

# Subject Property

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 8 of 46

# Market Analysis Summary

## *Pending Sale*

**Comparables**

| MLS # | Stat | Address | List Price | # Rms | Beds | Baths | LMT | MT |
|-------|------|---------|-----------|-------|------|-------|-----|-----|
| 06922965 | PEND | 2065 N KEDZIE AVE 104 | $314,900 | 5 | 3 | 2.1 | 340 | 340 |
| 07132306 | CTG | 2555 W Moffat ST B | $369,900 | 7 | 3 | 2.1 | 107 | 369 |
| 07073319 | PEND | 2445 W Logan BLVD 2E | $379,000 | 5 | 3 | 2 | 156 | 156 |
| 07191563 | PEND | 2445 W Logan BLVD 2W | $379,000 | 5 | 3 | 2 | 14 | 14 |
| 07142166 | PEND | 2237 N OAKLEY AVE G | $409,000 | 6 | 3 | 2 | 15 | 15 |
| 07170293 | PEND | 2236 N MAPLEWOOD AVE 1 | $419,900 | 8 | 3 | 2.1 | 45 | 45 |
| 07133025 | CTG | 2445 W Logan BLVD 3W | $439,000 | 5 | 3 | 2 | 105 | 105 |
| 07182583 | CTG | 2319 N Leavitt AVE 3 | $449,900 | 6 | 3 | 2 | 49 | 353 |
| 07155702 | PEND | 2335 N Lister F | $449,900 | 7 | 3 | 2.1 | 38 | 223 |

**Statistics**       Total Properties: 9

| | List Price | Approx SF | Beds | Baths | LMT | MT |
|---|-----------|-----------|------|-------|-----|-----|
| **Minimum** | $314,900 | 1400 | 3 | 2 | 14 | 14 |
| **Maximum** | $449,900 | 2250 | 3 | 2 | 340 | 369 |
| **Average** | $401,167 | 1758 | 3 | 2 | 97 | 180 |

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984   Doc 26-3   Filed 05/26/09   Entered 05/26/09 17:29:05   Desc Exhibit
Exhibit C to Repsonse to Motion   Page 10 of 46

# Market Analysis Summary (continued)

## Recently Sold

**Comparables**

| MLS # | Stat | Address | List Price | Sold Pr | Clsd Dt | # Rms | Beds | Baths | LMT | MT |
|-------|------|---------|-----------|---------|---------|-------|------|-------|-----|-----|
| 07112796 | CLSD | 2833 W LYNDALE ST 1 | $349,000 | $320,000 | 01/28/2009 | 7 | 3 | 2.1 | 1 | 1 |
| 07083482 | CLSD | 2806 N OAKLEY ST 303 | $344,900 | $335,000 (S) | 04/09/2009 | 6 | 3 | 2 | 80 | 179 |
| 07089927 | CLSD | 2201 N ROCKWELL ST 101 | $342,000 | $335,000 (S) | 02/19/2009 | 8 | 4 | 3 | 29 | 129 |
| 06696616 | CLSD | 2065 N KEDZIE AVE 213 | $389,900 | $337,400 | 04/13/2009 | 6 | 3 | 2 | 113 | 113 |
| 07003104 | CLSD | 2058 N Western AVE 301 | $379,900 | $350,000 | 01/16/2009 | 6 | 3 | 2 | 118 | 511 |
| 06925784 | CLSD | 2342 W Montana ST 1W | $399,000 | $370,000 | 12/29/2008 | 6 | 3 | 2.1 | 202 | 202 |
| 07016246 | CLSD | 2300 W MEDILL ST 3F | $374,500 | $372,000 | 12/15/2008 | 7 | 3 | 2 | 78 | 141 |
| 06994209 | CLSD | 3130 W FULLERTON AVE 1W | $399,900 | $375,000 | 01/08/2009 | 8 | 3 | 2.1 | 82 | 82 |
| 06876937 | CLSD | 3130 W FULLERTON AVE 1E | $399,900 | $380,000 | 04/03/2009 | 8 | 3 | 2.1 | 305 | 305 |
| 07131421 | CLSD | 1811 N ROCKWELL AVE P | $419,900 | $390,000 | 05/18/2009 | 7 | 3 | 2.1 | 20 | 507 |
| 07017710 | CLSD | 1653 W Cortland AVE 1 | $445,750 | $415,000 | 01/15/2009 | 7 | 3 | 2 | 67 | 165 |
| 07050684 | CLSD | 2237 N OAKLEY AVE 2 | $479,900 | $448,000 | 04/23/2009 | 6 | 3 | 2 | 168 | 230 |

**Statistics**                                                                 Total Properties: 12

| | List Price | Sold Pr | Approx SF | Beds | Baths | LMT | MT |
|---|-----------|---------|-----------|------|-------|-----|-----|
| **Minimum** | $342,000 | $320,000 | 1700 | 3 | 2 | 1 | 1 |
| **Maximum** | $479,900 | $448,000 | 2400 | 4 | 3 | 305 | 511 |
| **Average** | $393,713 | $368,950 | 2025 | 3 | 2 | 105 | 214 |
| Sold properties closed averaging 93.71% of their Final List Price (FLP). This reflects a 6.29% difference between property sale prices and their FLP's. | | | | | | | |

Prepared By: Fermin Perez, CNC Century 21 Lullo

Case 09-05984   Doc 26-3   Filed 05/26/09   Entered 05/26/09 17:29:05   Desc Exhibit
Exhibit C to Repsonse to Motion   Page 11 of 46

# Market Analysis Summary (continued)

## *Currently for Sale*

**Comparables**

| MLS # | Stat | Address | List Price | # Rms | Beds | Baths | LMT | MT |
|-------|------|---------|-----------|-------|------|-------|-----|-----|
| 07172783 | ACTV | 2918 W LYNDALE ST 1 | $369,900 | 7 | 3 | 2.1 | 60 | 391 |
| 06943611 | ACTV | 3241 W PALMER ST 1E | $374,900 | 7 | 3 | 2.1 | 333 | 333 |
| 07130500 | ACTV | 2503 W FULLERTON AVE 2 | $374,900 | 5 | 3 | 2 | 107 | 107 |
| 07018035 | ACTV | 2810 W LOGAN BLVD 1 | $375,000 | 10 | 3 | 3 | 260 | 390 |
| 06943600 | ACTV | 3241 W PALMER ST 1W | $389,900 | 7 | 3 | 2.1 | 333 | 333 |
| 07130495 | ACTV | 2503 W FULLERTON AVE 3 | $389,900 | 5 | 3 | 2 | 107 | 107 |
| 07029636 | ACTV | 3552 W LYNDALE ST 2-W | $399,900 | 8 | 4 | 3 | 247 | 247 |
| 06865673 | ACTV | 3125 W Fullerton 519 | $399,900 | 6 | 3 | 2 | 405 | 405 |
| 06943620 | ACTV | 2147 N SAWYER ST 1 | $399,900 | 7 | 3 | 2.1 | 333 | 333 |
| 07133267 | ACTV | 2342 W Bloomingdale AVE 109 | $399,900 | 5 | 3 | 3 | 105 | 392 |
| 07130488 | ACTV | 2503 W FULLERTON AVE 4 | $409,900 | 5 | 3 | 2 | 107 | 108 |
| 07197404 | ACTV | 2444 W DIVERSEY AVE 1W | $425,000 | 8 | 4 | 3.1 | 33 | 309 |
| 07054922 | PCHG | 1812 N Rockwell ST B | $429,000 | 7 | 3 | 3.1 | 218 | 218 |
| 07215870 | ACTV | 2353 W BELDEN AVE 2 | $429,900 | 5 | 3 | 2 | 13 | 133 |
| 07128328 | ACTV | 1832 N ROCKWELL ST 1 | $434,900 | 7 | 3 | 2.1 | 111 | 111 |
| 07216865 | ACTV | 2047 N Mozart ST 1 | $435,000 | 7 | 3 | 2.1 | 13 | 13 |
| 07215879 | ACTV | 2353 W BELDEN AVE 3N | $439,900 | 5 | 3 | 2 | 13 | 91 |
| 07165220 | ACTV | 2309 N Damen AVE 206 | $440,000 | 6 | 3 | 2 | 70 | 70 |
| 07138413 | ACTV | 2316 W SHAKESPEARE AVE 1 | $448,900 | 7 | 3 | 2.1 | 99 | 99 |
| 07177545 | ACTV | 2219 N CAMPBELL AVE 1S | $449,000 | 6 | 3 | 2.1 | 55 | 368 |
| 07219086 | ACTV | 1060 N HERMITAGE AVE 2 | $449,000 | 6 | 3 | 2.1 | 9 | 9 |
| 07145155 | TEMP | 2650 W Belden AVE 207 | $449,000 | 7 | 3 | 2 | 93 | 93 |
| 07167456 | ACTV | 1824 N Rockwell ST E | $449,900 | 7 | 3 | 3 | 65 | 65 |
| 07155344 | ACTV | 2216 W ARMITAGE AVE 3D | $450,000 | 6 | 3 | 2 | 79 | 79 |
| 07175843 | ACTV | 2316 W Wolfram ST 2316 | $450,000 | 6 | 3 | 2.1 | 56 | 963 |

**Statistics**        Total Properties: 25

| | List Price | Approx SF | Beds | Baths | LMT | MT |
|---|-----------|-----------|------|-------|-----|-----|
| **Minimum** | $369,900 | 1388 | 3 | 2 | 9 | 9 |
| **Maximum** | $450,000 | 2684 | 4 | 3 | 405 | 963 |
| **Average** | $418,504 | 1858 | 3 | 2 | 133 | 231 |

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 12 of 46

# Comparables

| | Subject Property | Comp #1 Adjustment | Comp #2 Adjustment | Comp #3 Adjustment |
|---|---|---|---|---|
| | No Photo Available |  |  |  |
| MLS #: | | 06922965 | 07132306 | 07073319 |
| Status: | | PEND | CTG | PEND |
| Street Suffix: | | AVE | ST | BLVD |
| Street Number: | | 2065 | 2555 | 2445 |
| Compass Point: | | N | W | W |
| Street Name: | | KEDZIE | Moffat | Logan |
| Unit Number: | | 104 | B | 2E |
| City: | | Chicago | Chicago | Chicago |
| List Price: | | $314, 900 | $369, 900 | $379, 000 |
| Sold Price: | | | | |
| Closed Date: | | | | |
| Market Time: | | 340 | 369 | 156 |
| Total # Of Rooms: | | 5 | 7 | 5 |
| Bedrooms: | | 3 | 3 | 3 |
| Bathrooms: | | 2.1 | 2.1 | 2 |
| Subdivision: | | | | LOGAN BOULEVARD |
| Total # Units in Building: | | 28 | | 6 |
| Unit Floor Level: | | 1 | 1 | 2 |
| Approx Sq Ft: | | | 2250 | 1400 |
| Monthly Assessment: | | 224 | 150 | 125 |
| Type of House: | | Condo | Townhouse | 1/2 Duplex, Condo |
| Dining Room: | | | Combined w/ LivRm | Combined w/ LivRm |
| Living Room Size: | | 22X24 | 12X9 | 24X14 |
| Master Bedroom Size: | | 16X14 | 14X12 | 14X13 |
| Model: | | | | |
| Garage Type: | | None | Attached, 2 Car Garage | None |
| Parking: | | Assigned Spaces-1, Off Street | Off Alley | Assigned Spaces-1, Off Alley |
| Age: | | | 6-10 Years | NEW Ready for Occupancy |
| Exterior Building Type: | | Brick, Stucco, Limestone | Brick | Brick |
| Elementary Sch Dist: | | 299 | 299 | 299 |
| High Sch Dist: | | 299 | 299 | 299 |
| Short Sale/Foreclosed /Court Approved: | | | | |
| Total Adjustments: | | $0 | $0 | $0 |
| Adjusted Price: | | $314900 | $369900 | $379000 |

connectMLS - Connecting Your Real Estate Community          http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 13 of 46

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community       http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984   Doc 26-3   Filed 05/26/09   Entered 05/26/09 17:29:05   Desc Exhibit
Exhibit C to Repsonse to Motion   Page 14 of 46

# Comparables (continued)

| | Subject Property | Comp #4 Adjustment | Comp #5 Adjustment | Comp #6 Adjustment |
|---|---|---|---|---|
| | No Photo Available | | | |
| MLS #: | | 07191563 | 07142166 | 07170293 |
| Status: | | PEND | PEND | PEND |
| Street Suffix: | | BLVD | AVE | AVE |
| Street Number: | | 2445 | 2237 | 2236 |
| Compass Point: | | W | N | N |
| Street Name: | | Logan | OAKLEY | MAPLEWOOD |
| Unit Number: | | 2W | G | 1 |
| City: | | Chicago | Chicago | Chicago |
| List Price: | | $379, 000 | $409, 000 | $419, 900 |
| Sold Price: | | | | |
| Closed Date: | | | | |
| Market Time: | | 14 | 15 | 45 |
| Total # Of Rooms: | | 5 | 6 | 8 |
| Bedrooms: | | 3 | 3 | 3 |
| Bathrooms: | | 2 | 2 | 2.1 |
| Subdivision: | | | | |
| Total # Units in Building: | | 6 | 4 | |
| Unit Floor Level: | | 2 | G | 1 |
| Approx Sq Ft: | | 1400 | 1900 | 2200 |
| Monthly Assessment: | | 125 | 115 | 150 |
| Type of House: | | 1/2 Duplex, Condo | Condo | 1/2 Duplex, Condo |
| Dining Room: | | Combined w/ LivRm | Combined w/ LivRm | Combined w/ LivRm |
| Living Room Size: | | 24X14 | 27X17 | 12X15 |
| Master Bedroom Size: | | 14X13 | 17X14 | 16X14 |
| Model: | | | | |
| Garage Type: | | None | Detached, 1 Car Garage, Garage Door Opener(s) (Auto), Transmitter(s), Owned, On-Site | Detached, 3 Car Garage, Garage Door Opener(s) (Auto) |
| Parking: | | Assigned Spaces-1, Off Alley | Owned | Off Street |
| Age: | | NEW Ready for Occupancy | 6-10 Years | 11-25 Years |
| Exterior Building Type: | | Brick | Brick, Limestone | Brick |
| Elementary Sch Dist: | | 299 | 299 | 299 |
| High Sch Dist: | | 299 | 299 | 299 |
| Short Sale/Foreclosed (Court Approved: | | | | |

connectMLS - Connecting Your Real Estate Community　　　http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984　　Doc 26-3　　Filed 05/26/09　　Entered 05/26/09 17:29:05　　Desc Exhibit
Exhibit C to Repsonse to Motion　　Page 15 of 46

Prepared By: Fermin Perez, CNC Century 21 Lullo

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit

Exhibit C to Repsonse to Motion    Page 16 of 46

# Comparables (continued)

| | Subject Property | Comp #7 Adjustment | Comp #8 Adjustment | Comp #9 Adjustment |
|---|---|---|---|---|
| | No Photo Available |  |  |  |
| MLS #: | | 07133025 | 07182583 | 07155702 |
| Status: | | CTG | CTG | PEND |
| Street Suffix: | | BLVD | AVE | |
| Street Number: | | 2445 | 2319 | 2335 |
| Compass Point: | | W | N | N |
| Street Name: | | Logan | Leavitt | Lister |
| Unit Number: | | 3W | 3 | F |
| City: | | Chicago | Chicago | Chicago |
| List Price: | | $439, 000 | $449, 900 | $449, 900 |
| Sold Price: | | | | |
| Closed Date: | | | | |
| Market Time: | | 105 | 353 | 223 |
| Total # Of Rooms: | | 5 | 6 | 7 |
| Bedrooms: | | 3 | 3 | 3 |
| Bathrooms: | | 2 | 2 | 2.1 |
| Subdivision: | | | | |
| Total # Units in Building: | | 6 | 4 | 14 |
| Unit Floor Level: | | 3 | 3 | 1 |
| Approx Sq Ft: | | 1400 | | |
| Monthly Assessment: | | 150 | 198 | 100 |
| Type of House: | | 1/2 Duplex, Condo | Condo | Condo, Townhouse |
| Dining Room: | | Combined w/ LivRm | Combined w/ LivRm | |
| Living Room Size: | | 24X14 | 18X15 | 23X18 |
| Master Bedroom Size: | | 14X13 | 12X12 | 15X13 |
| Model: | | | | |
| Garage Type: | | None | Detached, 1 Car Garage, Owned, On-Site | Attached, 2 Car Garage |
| Parking: | | Assigned Spaces-1, Off Alley | On-Site | Assigned Spaces-2 or more |
| Age: | | NEW Ready for Occupancy | 1-5 Years | 6-10 Years |
| Exterior Building Type: | | Brick | Brick | Brick, Limestone |
| Elementary Sch Dist: | | 299 | 299 | 299 |
| High Sch Dist: | | 299 | 299 | 299 |
| Short Sale/Foreclosed /Court Approved: | | | | |
| Total Adjustments: | | $0 | $0 | $0 |
| Adjusted Price: | | $439000 | $449900 | $449900 |

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 17 of 46

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 18 of 46

# Comparables (continued)

| | Subject Property | Comp #10 | Adjustment | Comp #11 | Adjustment | Comp #12 | Adjustment |
|---|---|---|---|---|---|---|---|
| | No Photo Available |  | |  | |  | |
| MLS #: | | 07112796 | | 07083482 | | 07089927 | |
| Status: | | **CLSD** | | **CLSD** | | **CLSD** | |
| Street Suffix: | | ST | | ST | | ST | |
| Street Number: | | 2833 | | 2806 | | 2201 | |
| Compass Point: | | W | | N | | N | |
| Street Name: | | LYNDALE | | OAKLEY | | ROCKWELL | |
| Unit Number: | | 1 | | 303 | | 101 | |
| City: | | Chicago | | Chicago | | Chicago | |
| List Price: | | $349,000 | | $344,900 | | $342,000 | |
| Sold Price: | | $320,000 | | $335,000 (S) | | $335,000 (S) | |
| Closed Date: | | 01/28/2009 | | 04/09/2009 | | 02/19/2009 | |
| Market Time: | | 1 | | 179 | | 129 | |
| Total # Of Rooms: | | 7 | | 6 | | 8 | |
| Bedrooms: | | 3 | | 3 | | 4 | |
| Bathrooms: | | 2.1 | | 2 | | 3 | |
| Subdivision: | | | | | | | |
| Total # Units in Building: | | 3 | | 24 | | 4 | |
| Unit Floor Level: | | 1 | | 3 | | 1 | |
| Approx Sq Ft: | | | | | | | |
| Monthly Assessment: | | 205 | | 234 | | 175 | |
| Type of House: | | 1/2 Duplex | | Condo, Loft | | Condo | |
| Dining Room: | | Combined w/ LivRm | | Combined w/ LivRm | | | |
| Living Room Size: | | 14X12 | | 20X15 | | 18X17 | |
| Master Bedroom Size: | | 13X14 | | 16X14 | | 20X16 | |
| Model: | | | | | | | |
| Garage Type: | | None | | Attached, Garage Door Opener(s) (Auto), Heated, Owned, On-Site | | Detached | |
| Parking: | | Assigned Spaces-1, Off Alley | | Underground/Covered, Owned, Deeded Sold Separately, On-Site | | Off Alley | |
| Age: | | NEW Ready for Occupancy, NEW Under Construction | | 1-5 Years | | 100+ Years | |
| Exterior Building Type: | | Brick | | Brick | | Brick | |
| Elementary Sch Dist: | | 299 | | 299 | | 299 | |
| High Sch Dist: | | 299 | | 299 | | 299 | |
| Short Sale (Foreclosed | | | | | | | |

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 19 of 46

Prepared By: Fermin Perez, CNC Century 21 Lullo

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 20 of 46

# Comparables (continued)

| | Subject Property | Comp #13 Adjustment | Comp #14 Adjustment | Comp #15 Adjustment |
|---|---|---|---|---|
| | No Photo Available |  |  |  |
| MLS #: | | 06696616 | 07003104 | 06925784 |
| Status: | | CLSD | CLSD | CLSD |
| Street Suffix: | | AVE | AVE | ST |
| Street Number: | | 2065 | 2058 | 2342 |
| Compass Point: | | N | N | W |
| Street Name: | | KEDZIE | Western | Montana |
| Unit Number: | | 213 | 301 | 1W |
| City: | | Chicago | Chicago | Chicago |
| List Price: | | $389, 900 | $379, 900 | $399, 000 |
| Sold Price: | | $337, 400 | $350, 000 | $370, 000 |
| Closed Date: | | 04/13/2009 | 01/16/2009 | 12/29/2008 |
| Market Time: | | 113 | 511 | 202 |
| Total # Of Rooms: | | 6 | 6 | 6 |
| Bedrooms: | | 3 | 3 | 3 |
| Bathrooms: | | 2 | 2 | 2.1 |
| Subdivision: | | | | |
| Total # Units in Building: | | 28 | 10 | 4 |
| Unit Floor Level: | | 2 | 3 | 1 |
| Approx Sq Ft: | | | 1700 | 2100 |
| Monthly Assessment: | | 226 | 270 | 150 |
| Type of House: | | Condo | Condo, Low Rise | 1/2 Duplex, Condo |
| Dining Room: | | | Combined w/ LivRm | |
| Living Room Size: | | 23X19 | 17X18 | 12X19 |
| Master Bedroom Size: | | 14X15 | 16X12 | 12X13 |
| Model: | | | | NEW |
| Garage Type: | | None | Attached, 1 Car Garage, Transmitter(s), Heated, Owned | 3+ Car Garage |
| Parking: | | Assigned Spaces-1, Off Street | Assigned Spaces-1, Underground/Covered | Assigned Spaces-1, Zoned Permit, Visitor Parking, On-Site |
| Age: | | NEW Proposed Construction | 1-5 Years | 1-5 Years |
| Exterior Building Type: | | Brick, Stucco, Limestone | Brick | Brick, Stone |
| Elementary Sch Dist: | | 299 | 299 | 299 |
| High Sch Dist: | | 299 | 299 | 299 |
| Short Sale/Foreclosed /Court Approved: | | N/A | | N/A |
| Total Adjustments: | | $0 | $0 | $0 |

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 21 of 46

Prepared By: Fermin Perez, CNC Century 21 Lullo

Case 09-05984   Doc 26-3   Filed 05/26/09   Entered 05/26/09 17:29:05   Desc Exhibit

Exhibit C to Repsonse to Motion   Page 22 of 46

# Comparables (continued)

| | Subject Property | Comp #16 Adjustment | Comp #17 Adjustment | Comp #18 Adjustment |
|---|---|---|---|---|
| | No Photo Available | | | |
| MLS #: | | 07016246 | 06994209 | 06876937 |
| Status: | | CLSD | CLSD | CLSD |
| Street Suffix: | | ST | AVE | AVE |
| Street Number: | | 2300 | 3130 | 3130 |
| Compass Point: | | W | W | W |
| Street Name: | | MEDILL | FULLERTON | FULLERTON |
| Unit Number: | | 3F | 1W | 1E |
| City: | | Chicago | Chicago | Chicago |
| List Price: | | $374, 500 | $399, 900 | $399, 900 |
| Sold Price: | | $372, 000 | $375, 000 | $380, 000 |
| Closed Date: | | 12/15/2008 | 01/08/2009 | 04/03/2009 |
| Market Time: | | 141 | 82 | 305 |
| Total # Of Rooms: | | 7 | 8 | 8 |
| Bedrooms: | | 3 | 3 | 3 |
| Bathrooms: | | 2 | 2.1 | 2.1 |
| Subdivision: | | | | |
| Total # Units in Building: | | 6 | 6 | 6 |
| Unit Floor Level: | | 3 | 1 | 1 |
| Approx Sq Ft: | | 1800 | 2400 | 2400 |
| Monthly Assessment: | | 170 | 170 | 170 |
| Type of House: | | 1/2 Duplex, Penthouse | 1/2 Duplex, Condo | 1/2 Duplex, Condo |
| Dining Room: | | Separate | Combined w/ LivRm | Combined w/ LivRm |
| Living Room Size: | | 22X13 | 30X15 | 30X15 |
| Master Bedroom Size: | | 16X13 | 15X12 | 15X12 |
| Model: | | | DUPLEX | DUPLEX |
| Garage Type: | | Detached, 1 Car Garage | None | None |
| Parking: | | Assigned Spaces-1, Off Alley, Deeded Sold Separately | Assigned Spaces-1, Off Alley | Assigned Spaces-1, Off Alley |
| Age: | | 51-100 Years | NEW Under Construction | NEW Under Construction |
| Exterior Building Type: | | Brick | Brick | Brick |
| Elementary Sch Dist: | | 299 | 299 | 299 |
| High Sch Dist: | | 299 | 299 | 299 |
| Short Sale/Foreclosed /Court Approved: | | | | N/A |
| Total Adjustments: | | $0 | $0 | $0 |
| Adjusted Price: | | $372000 | $375000 | $380000 |

connectMLS - Connecting Your Real Estate Community          http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 23 of 46

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984   Doc 26-3   Filed 05/26/09   Entered 05/26/09 17:29:05   Desc Exhibit
Exhibit C to Repsonse to Motion   Page 24 of 46

# Comparables (continued)

|  | Subject Property | Comp #19 | Adjustment | Comp #20 | Adjustment | Comp #21 | Adjustment |
|---|---|---|---|---|---|---|---|
|  | No Photo Available |  |  |  |  |  |  |
| MLS #: |  | 07131421 |  | 07017710 |  | 07050684 |  |
| Status: |  | **CLSD** |  | **CLSD** |  | **CLSD** |  |
| Street Suffix: |  | AVE |  | AVE |  | AVE |  |
| Street Number: |  | 1811 |  | 1653 |  | 2237 |  |
| Compass Point: |  | N |  | W |  | N |  |
| Street Name: |  | ROCKWELL |  | Cortland |  | OAKLEY |  |
| Unit Number: |  | P |  | 1 |  | 2 |  |
| City: |  | Chicago |  | Chicago |  | Chicago |  |
| List Price: |  | $419, 900 |  | $445, 750 |  | $479, 900 |  |
| Sold Price: |  | $390, 000 |  | $415, 000 |  | $448, 000 |  |
| Closed Date: |  | 05/18/2009 |  | 01/15/2009 |  | 04/23/2009 |  |
| Market Time: |  | 507 |  | 165 |  | 230 |  |
| Total # Of Rooms: |  | 7 |  | 7 |  | 6 |  |
| Bedrooms: |  | 3 |  | 3 |  | 3 |  |
| Bathrooms: |  | 2.1 |  | 2 |  | 2 |  |
| Subdivision: |  |  |  |  |  |  |  |
| Total # Units in Building: |  | 44 |  | 3 |  | 4 |  |
| Unit Floor Level: |  | 1 |  | 2 |  | 2 |  |
| Approx Sq Ft: |  | 2250 |  | 1750 |  | 1800 |  |
| Monthly Assessment: |  | 150 |  | 125 |  | 137 |  |
| Type of House: |  | Condo, Townhouse |  | Condo, Mid Rise |  | Condo |  |
| Dining Room: |  |  |  | Combined w/ LivRm |  | Combined w/ LivRm |  |
| Living Room Size: |  | 17X15 |  | 12X31 |  | 27X16 |  |
| Master Bedroom Size: |  | 13X12 |  | 11X15 |  | 17X14 |  |
| Model: |  |  |  |  |  |  |  |
| Garage Type: |  | Attached, 2 Car Garage, On-Site |  | None |  | Detached, 1 Car Garage, Garage Door Opener(s) (Auto), Transmitter(s), On-Site |  |
| Parking: |  | Assigned Spaces-2 or more, Off Street |  | Assigned Spaces-2 or more |  | Owned |  |
| Age: |  | 6-10 Years |  | 1-5 Years |  | 6-10 Years |  |
| Exterior Building Type: |  | Brick |  | Brick, Limestone |  | Brick, Block |  |
| Elementary Sch Dist: |  | 299 |  | 299 |  | 299 |  |
| High Sch Dist: |  | 299 |  | 299 |  | 299 |  |
| Short Sale/Foreclosed /Court Approved: |  | N/A |  |  |  | N/A |  |

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 25 of 46

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 26 of 46

# Comparables (continued)

| | Subject Property | Comp #22 | Adjustment | Comp #23 | Adjustment | Comp #24 | Adjustment |
|---|---|---|---|---|---|---|---|
| | No Photo Available |  | |  | |  | |
| MLS #: | | 07172783 | | 06943611 | | 07130500 | |
| Status: | | ACTV | | ACTV | | ACTV | |
| Street Suffix: | | ST | | ST | | AVE | |
| Street Number: | | 2918 | | 3241 | | 2503 | |
| Compass Point: | | W | | W | | W | |
| Street Name: | | LYNDALE | | PALMER | | FULLERTON | |
| Unit Number: | | 1 | | 1E | | 2 | |
| City: | | Chicago | | Chicago | | Chicago | |
| List Price: | | $369, 900 | | $374, 900 | | $374, 900 | |
| Sold Price: | | | | | | | |
| Closed Date: | | | | | | | |
| Market Time: | | 391 | | 333 | | 107 | |
| Total # Of Rooms: | | 7 | | 7 | | 5 | |
| Bedrooms: | | 3 | | 3 | | 3 | |
| Bathrooms: | | 2.1 | | 2.1 | | 2 | |
| Subdivision: | | | | | | | |
| Total # Units in Building: | | | | 7 | | 4 | |
| Unit Floor Level: | | 1 | | 1 | | 2 | |
| Approx Sq Ft: | | | | 1800 | | 1500 | |
| Monthly Assessment: | | 135 | | 198 | | 225 | |
| Type of House: | | 1/2 Duplex, Condo | | 1/2 Duplex, Condo | | Condo | |
| Dining Room: | | | | | | | |
| Living Room Size: | | 19X12 | | 17X13 | | 21X21 | |
| Master Bedroom Size: | | 13X11 | | 16X12 | | 15X12 | |
| Model: | | | | | | YES | |
| Garage Type: | | Owned | | Owned | | Detached | |
| Parking: | | Assigned Spaces-2 or more | | Assigned Spaces-1, Off Street, Owned, On-Site | | Assigned Spaces-1 | |
| Age: | | 1-5 Years | | NEW Under Construction | | NEW Ready for Occupancy | |
| Exterior Building Type: | | Brick | | Brick | | Brick | |
| Elementary Sch Dist: | | 299 | | 299 | | 299 | |
| High Sch Dist: | | 299 | | 299 | | 299 | |
| Short Sale/Foreclosed /Court Approved: | | | | | | | |
| Total Adjustments: | | | $0 | | $0 | | $0 |

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 27 of 46

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community     http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 28 of 46

# Comparables (continued)

| | Subject Property | Comp #25 | Adjustment | Comp #26 | Adjustment | Comp #27 | Adjustment |
|---|---|---|---|---|---|---|---|
| | No Photo Available | | | | | | |
| MLS #: | | 07018035 | | 06943600 | | 07130495 | |
| Status: | | ACTV | | ACTV | | ACTV | |
| Street Suffix: | | BLVD | | ST | | AVE | |
| Street Number: | | 2810 | | 3241 | | 2503 | |
| Compass Point: | | W | | W | | W | |
| Street Name: | | LOGAN | | PALMER | | FULLERTON | |
| Unit Number: | | 1 | | 1W | | 3 | |
| City: | | Chicago | | Chicago | | Chicago | |
| List Price: | | $375, 000 | | $389, 900 | | $389, 900 | |
| Sold Price: | | | | | | | |
| Closed Date: | | | | | | | |
| Market Time: | | 390 | | 333 | | 107 | |
| Total # Of Rooms: | | 10 | | 7 | | 5 | |
| Bedrooms: | | 3 | | 3 | | 3 | |
| Bathrooms: | | 3 | | 2.1 | | 2 | |
| Subdivision: | | | | | | | |
| Total # Units in Building: | | 6 | | 7 | | 4 | |
| Unit Floor Level: | | 1 | | 1 | | 3 | |
| Approx Sq Ft: | | 2300 | | 1800 | | 1500 | |
| Monthly Assessment: | | 561 | | 198 | | 225 | |
| Type of House: | | Condo | | 1/2 Duplex, Condo | | Condo | |
| Dining Room: | | Separate | | | | | |
| Living Room Size: | | 18X12 | | 17X13 | | 21X21 | |
| Master Bedroom Size: | | 14X10 | | 16X12 | | 15X12 | |
| Model: | | | | | | YES | |
| Garage Type: | | Detached, 1 Car Garage | | Owned | | Detached | |
| Parking: | | Assigned Spaces-1, Off Alley | | Assigned Spaces-1, Off Street, Owned, On-Site | | Assigned Spaces-1 | |
| Age: | | 51-100 Years | | NEW Under Construction | | NEW Ready for Occupancy | |
| Exterior Building Type: | | Brick | | Brick | | Brick | |
| Elementary Sch Dist: | | 299 | | 299 | | 299 | |
| High Sch Dist: | | 299 | | 299 | | 299 | |
| Short Sale/Foreclosed /Court Approved: | | | | | | | |
| Total Adjustments: | | | $0 | | $0 | | $0 |

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 29 of 46

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community     http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 30 of 46

# Comparables (continued)

| | Subject Property | Comp #28 | Adjustment | Comp #29 | Adjustment | Comp #30 | Adjustment |
|---|---|---|---|---|---|---|---|
| | No Photo Available |  | |  | |  | |
| MLS #: | | 07029636 | | 06865673 | | 06943620 | |
| Status: | | ACTV | | ACTV | | ACTV | |
| Street Suffix: | | ST | | | | ST | |
| Street Number: | | 3552 | | 3125 | | 2147 | |
| Compass Point: | | W | | W | | N | |
| Street Name: | | LYNDALE | | Fullerton | | SAWYER | |
| Unit Number: | | 2-W | | 519 | | 1 | |
| City: | | Chicago | | Chicago | | Chicago | |
| List Price: | | $399, 000 | | $399, 900 | | $399, 900 | |
| Sold Price: | | | | | | | |
| Closed Date: | | | | | | | |
| Market Time: | | 247 | | 405 | | 333 | |
| Total # Of Rooms: | | 8 | | 6 | | 7 | |
| Bedrooms: | | 4 | | 3 | | 3 | |
| Bathrooms: | | 3 | | 2 | | 2.1 | |
| Subdivision: | | | | Logan View | | | |
| Total # Units in Building: | | 7 | | 78 | | 7 | |
| Unit Floor Level: | | 2 | | 5 | | 1 | |
| Approx Sq Ft: | | | | | | 1800 | |
| Monthly Assessment: | | 175 | | 359 | | 198 | |
| Type of House: | | 1/2 Duplex, Condo | | Condo | | 1/2 Duplex, Condo | |
| Dining Room: | | | | Combined w/ LivRm | | | |
| Living Room Size: | | 18X12 | | 20X16 | | 14X14 | |
| Master Bedroom Size: | | 16X11 | | 13X12 | | 16X12 | |
| Model: | | | | BROOKSHIRE | | | |
| Garage Type: | | None | | Attached, 1 Car Garage, 1.5 Car Garage | | Owned | |
| Parking: | | Assigned Spaces-2 or more, Owned | | Assigned Spaces-1, Owned | | Assigned Spaces-1, Off Street, Owned, On-Site | |
| Age: | | | | 1-5 Years | | NEW Under Construction | |
| Exterior Building Type: | | Brick | | Brick | | Brick | |
| Elementary Sch Dist: | | 299 | | 299 | | 299 | |
| High Sch Dist: | | 299 | | 299 | | 299 | |
| Short Sale/Foreclosed /Court Approved: | | | | | | | |
| Total Adjustments: | | | $0 | | $0 | | $0 |

connectMLS - Connecting Your Real Estate Community        http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 31 of 46

Prepared By: Fermin Perez, CNC Century 21 Lullo

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit

Exhibit C to Repsonse to Motion    Page 32 of 46

# Comparables (continued)

| | Subject Property | Comp #31 Adjustment | Comp #32 Adjustment | Comp #33 Adjustment |
|---|---|---|---|---|
| | No Photo Available |  |  |  |
| MLS #: | | 07133267 | 07130488 | 07197404 |
| Status: | | ACTV | ACTV | ACTV |
| Street Suffix: | | AVE | AVE | AVE |
| Street Number: | | 2342 | 2503 | 2444 |
| Compass Point: | | W | W | W |
| Street Name: | | Bloomingdale | FULLERTON | DIVERSEY |
| Unit Number: | | 109 | 4 | 1W |
| City: | | Chicago | Chicago | Chicago |
| List Price: | | $399, 900 | $409, 900 | $425, 000 |
| Sold Price: | | | | |
| Closed Date: | | | | |
| Market Time: | | 392 | 108 | 309 |
| Total # Of Rooms: | | 5 | 5 | 8 |
| Bedrooms: | | 3 | 3 | 4 |
| Bathrooms: | | 3 | 2 | 3.1 |
| Subdivision: | | | | |
| Total # Units in Building: | | 33 | 4 | 8 |
| Unit Floor Level: | | 1 | 4 | 1 |
| Approx Sq Ft: | | | 1500 | |
| Monthly Assessment: | | 304 | 225 | 140 |
| Type of House: | | Condo | Condo | 1/2 Duplex, Condo |
| Dining Room: | | Combined w/ LivRm | | Combined w/ LivRm |
| Living Room Size: | | 20X18 | 21X21 | 18X14 |
| Master Bedroom Size: | | 19X12 | 15X12 | 16X15 |
| Model: | | | YES | |
| Garage Type: | | Attached, Garage Door Opener(s) (Auto), Transmitter(s), Owned, Deeded Sold Separately | Detached | None |
| Parking: | | Owned, Deeded Sold Separately | Assigned Spaces-1 | Assigned Spaces-1 |
| Age: | | 6-10 Years | NEW Ready for Occupancy | NEW Ready for Occupancy |
| Exterior Building Type: | | Aluminum/Vinyl/Steel Siding, Brick | Brick | Brick |
| Elementary Sch Dist: | | 299 | 299 | 299 |
| High Sch Dist: | | 299 | 299 | 299 |
| Short Sale/Foreclosed /Court Approved: | | | | |
| Total Adjustments: | | $0 | $0 | $0 |

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 33 of 46

Prepared By: Fermin Perez, CNC Century 21 Lullo

Case 09-05984   Doc 26-3   Filed 05/26/09   Entered 05/26/09 17:29:05   Desc Exhibit
Exhibit C to Repsonse to Motion   Page 34 of 46

# Comparables (continued)

| | Subject Property | Comp #34 Adjustment | Comp #35 Adjustment | Comp #36 Adjustment |
|---|---|---|---|---|
| | No Photo Available |  |  |  |
| MLS #: | | 07054922 | 07215870 | 07128328 |
| Status: | | PCHG | ACTV | ACTV |
| Street Suffix: | | ST | AVE | ST |
| Street Number: | | 1812 | 2353 | 1832 |
| Compass Point: | | N | W | N |
| Street Name: | | Rockwell | BELDEN | ROCKWELL |
| Unit Number: | | B | 2 | 1 |
| City: | | Chicago | Chicago | Chicago |
| List Price: | | $429, 000 | $429, 900 | $434, 900 |
| Sold Price: | | | | |
| Closed Date: | | | | |
| Market Time: | | 218 | 133 | 111 |
| Total # Of Rooms: | | 7 | 5 | 7 |
| Bedrooms: | | 3 | 3 | 3 |
| Bathrooms: | | 3.1 | 2 | 2.1 |
| Subdivision: | | | Bucktown | |
| Total # Units in Building: | | | 5 | 3 |
| Unit Floor Level: | | 1 | 2 | 2 |
| Approx Sq Ft: | | 2684 | 1388 | 2300 |
| Monthly Assessment: | | 100 | 225 | 220 |
| Type of House: | | Townhouse | Condo | Condo |
| Dining Room: | | Separate | Combined w/ LivRm | |
| Living Room Size: | | 22X13 | 17X15 | 18X16 |
| Master Bedroom Size: | | 17X10 | 12X15 | 12X14 |
| Model: | | | | |
| Garage Type: | | Attached, 2 Car Garage | Detached | Detached, 1 Car Garage |
| Parking: | | Off Street | Assigned Spaces-1 | Assigned Spaces-1 |
| Age: | | 6-10 Years | NEW Ready for Occupancy | NEW Ready for Occupancy |
| Exterior Building Type: | | Brick | Brick | Brick, Block |
| Elementary Sch Dist: | | 299 | 299 | 299 |
| High Sch Dist: | | 299 | 299 | 299 |
| Short Sale/Foreclosed /Court Approved: | | | | |
| Total Adjustments: | | $0 | $0 | $0 |
| Adjusted Price: | | $429000 | $429900 | $434900 |

connectMLS - Connecting Your Real Estate Community          http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 35 of 46

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community     http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984   Doc 26-3   Filed 05/26/09   Entered 05/26/09 17:29:05   Desc Exhibit
Exhibit C to Repsonse to Motion   Page 36 of 46

# Comparables (continued)

| | Subject Property | Comp #37 | Adjustment | Comp #38 | Adjustment | Comp #39 | Adjustment |
|---|---|---|---|---|---|---|---|
| | No Photo Available |  | |  | |  | |
| **MLS #:** | | 07216865 | | 07215879 | | 07165220 | |
| **Status:** | | ACTV | | ACTV | | ACTV | |
| **Street Suffix:** | | ST | | AVE | | AVE | |
| **Street Number:** | | 2047 | | 2353 | | 2309 | |
| **Compass Point:** | | N | | W | | N | |
| **Street Name:** | | Mozart | | BELDEN | | Damen | |
| **Unit Number:** | | 1 | | 3N | | 206 | |
| **City:** | | Chicago | | Chicago | | Chicago | |
| **List Price:** | | $435,000 | | $439,900 | | $440,000 | |
| **Sold Price:** | | | | | | | |
| **Closed Date:** | | | | | | | |
| **Market Time:** | | 13 | | 91 | | 70 | |
| **Total # Of Rooms:** | | 7 | | 5 | | 6 | |
| **Bedrooms:** | | 3 | | 3 | | 3 | |
| **Bathrooms:** | | 2.1 | | 2 | | 2 | |
| **Subdivision:** | | BUCKTOWN | | Bucktown | | | |
| **Total # Units in Building:** | | 3 | | 5 | | | |
| **Unit Floor Level:** | | 1 | | 3 | | 2 | |
| **Approx Sq Ft:** | | 2200 | | | | 1490 | |
| **Monthly Assessment:** | | 201 | | 225 | | 100 | |
| **Type of House:** | | 1/2 Duplex, Condo | | Condo | | Condo | |
| **Dining Room:** | | Combined w/ LivRm | | Combined w/ LivRm | | Combined w/ LivRm | |
| **Living Room Size:** | | 14X27 | | 17X24 | | 15X20 | |
| **Master Bedroom Size:** | | 14X15 | | 12X15 | | 11X16 | |
| **Model:** | | | | | | | |
| **Garage Type:** | | 3 Car Garage | | Detached | | Attached | |
| **Parking:** | | Assigned Spaces-1 | | Assigned Spaces-1 | | On-Site | |
| **Age:** | | 1-5 Years | | NEW Ready for Occupancy | | 1-5 Years | |
| **Exterior Building Type:** | | Brick, Block | | Brick | | Brick | |
| **Elementary Sch Dist:** | | 299 | | 299 | | 299 | |
| **High Sch Dist:** | | 299 | | 299 | | 299 | |
| **Short Sale/Foreclosed /Court Approved:** | | | | | | | |
| **Total Adjustments:** | | $0 | | $0 | | $0 | |
| **Adjusted Price:** | | $435000 | | $439900 | | $440000 | |

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 37 of 46

Prepared By: Fermin Perez, CNC Century 21 Lullo

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit

Exhibit C to Repsonse to Motion    Page 38 of 46

# Comparables (continued)

| | Subject Property | Comp #40 Adjustment | Comp #41 Adjustment | Comp #42 Adjustment |
|---|---|---|---|---|
| | No Photo Available |  |  |  |
| MLS #: | | 07138413 | 07177545 | 07219086 |
| Status: | | ACTV | ACTV | ACTV |
| Street Suffix: | | AVE | AVE | AVE |
| Street Number: | | 2316 | 2219 | 1060 |
| Compass Point: | | W | N | N |
| Street Name: | | SHAKESPEARE | CAMPBELL | HERMITAGE |
| Unit Number: | | 1 | 1S | 2 |
| City: | | Chicago | Chicago | Chicago |
| List Price: | | $448, 900 | $449, 000 | $449, 000 |
| Sold Price: | | | | |
| Closed Date: | | | | |
| Market Time: | | 99 | 368 | 9 |
| Total # Of Rooms: | | 7 | 6 | 6 |
| Bedrooms: | | 3 | 3 | 3 |
| Bathrooms: | | 2.1 | 2.1 | 2.1 |
| Subdivision: | | | | |
| Total # Units in Building: | | 14 | 4 | 3 |
| Unit Floor Level: | | 1 | 1 | 1 |
| Approx Sq Ft: | | | | |
| Monthly Assessment: | | 232 | 150 | 100 |
| Type of House: | | 1/2 Duplex, Condo | 1/2 Duplex | Condo |
| Dining Room: | | Separate | Combined w/ LivRm | Combined w/ LivRm |
| Living Room Size: | | 17X23 | 17X22 | 20X13 |
| Master Bedroom Size: | | 13X12 | 15X11 | 15X15 |
| Model: | | | | |
| Garage Type: | | Attached | Detached | Detached, 1 Car Garage |
| Parking: | | Assigned Spaces-1, None/Not Applicable | Assigned Spaces-1 | Assigned Spaces-1, Off Alley, Owned |
| Age: | | Unknown | NEW Ready for Occupancy | |
| Exterior Building Type: | | Brick | Brick | Brick, Marble/Granite, Other |
| Elementary Sch Dist: | | 299 | 299 | 299 |
| High Sch Dist: | | 299 | 299 | 299 |
| Short Sale/Foreclosed /Court Approved: | | | | |
| Total Adjustments: | | $0 | $0 | $0 |
| Adjusted Price: | | $448900 | $449000 | $449000 |

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 39 of 46

Prepared By: Fermin Perez, CNC Century 21 Lullo

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 40 of 46

# Comparables (continued)

| | Subject Property | Comp #43 | Adjustment | Comp #44 | Adjustment | Comp #45 | Adjustment |
|---|---|---|---|---|---|---|---|
| | No Photo Available | | | | | | |
| **MLS #:** | | 07145155 | | 07167456 | | 07155344 | |
| **Status:** | | TEMP | | ACTV | | ACTV | |
| **Street Suffix:** | | AVE | | ST | | AVE | |
| **Street Number:** | | 2650 | | 1824 | | 2216 | |
| **Compass Point:** | | W | | N | | W | |
| **Street Name:** | | Belden | | Rockwell | | ARMITAGE | |
| **Unit Number:** | | 207 | | E | | 3D | |
| **City:** | | Chicago | | Chicago | | Chicago | |
| **List Price:** | | $449,000 | | $449,900 | | $450,000 | |
| **Sold Price:** | | | | | | | |
| **Closed Date:** | | | | | | | |
| **Market Time:** | | 93 | | 65 | | 79 | |
| **Total # Of Rooms:** | | 7 | | 7 | | 6 | |
| **Bedrooms:** | | 3 | | 3 | | 3 | |
| **Bathrooms:** | | 2 | | 3 | | 2 | |
| **Subdivision:** | | | | | | | |
| **Total # Units in Building:** | | 35 | | 24 | | 10 | |
| **Unit Floor Level:** | | 2 | | 1 | | 3 | |
| **Approx Sq Ft:** | | 2151 | | | | 1600 | |
| **Monthly Assessment:** | | 400 | | 100 | | 139 | |
| **Type of House:** | | Condo, Loft | | Condo, Townhouse | | Condo | |
| **Dining Room:** | | Combined w/ LivRm | | Separate | | Combined w/ LivRm | |
| **Living Room Size:** | | 16X22 | | 17X13 | | 21X21 | |
| **Master Bedroom Size:** | | 14X15 | | 14X12 | | 15X13 | |
| **Model:** | | | | | | | |
| **Garage Type:** | | Attached, Deeded Sold Separately, On-Site | | Attached, 2 Car Garage, Garage Door Opener(s) (Auto), Transmitter(s), Owned | | Attached, Garage Door Opener(s) (Auto) | |
| **Parking:** | | Assigned Spaces-2 or more, Off Alley, On-Site | | Off Alley, Owned, On-Site | | Owned | |
| **Age:** | | 51-100 Years | | 6-10 Years | | 1-5 Years | |
| **Exterior Building Type:** | | Brick | | Aluminum/Vinyl /Steel Siding, Brick | | Brick | |
| **Elementary Sch Dist:** | | 299 | | 299 | | 299 | |
| **High Sch Dist:** | | 299 | | 299 | | 299 | |

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 41 of 46

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community     http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion     Page 42 of 46

# Comparables (continued)

|  | Subject Property | Comp #46 | Adjustment |
|---|---|---|---|
|  | No Photo Available | | |
| MLS #: | | 07175843 | |
| Status: | | ACTV | |
| Street Suffix: | | ST | |
| Street Number: | | 2316 | |
| Compass Point: | | W | |
| Street Name: | | Wolfram | |
| Unit Number: | | 2316 | |
| City: | | Chicago | |
| List Price: | | $450, 000 | |
| Sold Price: | | | |
| Closed Date: | | | |
| Market Time: | | 963 | |
| Total # Of Rooms: | | 6 | |
| Bedrooms: | | 3 | |
| Bathrooms: | | 2.1 | |
| Subdivision: | | | |
| Total # Units in Building: | | 59 | |
| Unit Floor Level: | | 1 | |
| Approx Sq Ft: | | | |
| Monthly Assessment: | | 147 | |
| Type of House: | | Townhouse | |
| Dining Room: | | Separate | |
| Living Room Size: | | 17X13 | |
| Master Bedroom Size: | | 15X12 | |
| Model: | | | |
| Garage Type: | | Attached, 2 Car Garage | |
| Parking: | | Visitor Parking | |
| Age: | | 6-10 Years | |
| Exterior Building Type: | | Brick | |
| Elementary Sch Dist: | | 299 | |
| High Sch Dist: | | 299 | |
| Short Sale/Foreclosed /Court Approved: | | | |
| Total Adjustments: | | | $0 |
| Adjusted Price: | | | $450000 |

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 43 of 46

connectMLS - Connecting Your Real Estate Community    http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 44 of 46



| Key | MLS # | Status | Address | Price | Bedrooms | Total Full/Half Baths |
|-----|-------|--------|---------|-------|----------|----------------------|
| 1) | 06922965 | PEND | 2065 N KEDZIE AVE 104 | | 3 | 2.1 |
| 2) | 07132306 | CTG | 2555 W Moffat ST B | | 3 | 2.1 |
| 3) | 07073319 | PEND | 2445 W Logan BLVD 2E | | 3 | 2 |
| 4) | 07191563 | PEND | 2445 W Logan BLVD 2W | | 3 | 2 |
| 5) | 07142166 | PEND | 2237 N OAKLEY AVE G | | 3 | 2 |
| 6) | 07170293 | PEND | 2236 N MAPLEWOOD AVE 1 | | 3 | 2.1 |
| 7) | 07133025 | CTG | 2445 W Logan BLVD 3W | | 3 | 2 |
| 8) | 07182583 | CTG | 2319 N Leavitt AVE 3 | | 3 | 2 |
| 9) | 07155702 | PEND | 2335 N Lister F | | 3 | 2.1 |
| 10) | 07112796 | CLSD | 2833 W LYNDALE ST 1 | | 3 | 2.1 |
| 11) | 07083462 | CLSD | 2806 N OAKLEY ST 303 | | 3 | 2 |
| 12) | 07089927 | CLSD | 2201 N ROCKWELL ST 101 | | 4 | 3 |
| 13) | 06696616 | CLSD | 2065 N KEDZIE AVE 213 | | 3 | 2 |
| 14) | 07003104 | CLSD | 2058 N Western AVE 301 | | 3 | 2 |
| 15) | 06925784 | CLSD | 2342 W Montana ST 1W | | 3 | 2.1 |
| 16) | 07016246 | CLSD | 2300 W MEDILL ST 3F | | 3 | 2 |
| 17) | 06994209 | CLSD | 3130 W FULLERTON AVE 1W | | 3 | 2.1 |
| 18) | 06876937 | CLSD | 3130 W FULLERTON AVE 1E | | 3 | 2.1 |
| 19) | 07131421 | CLSD | 1811 N ROCKWELL AVE P | | 3 | 2.1 |
| 20) | 07017710 | CLSD | 1653 W Cortland AVE 1 | | 3 | 2 |
| 21) | 07050684 | CLSD | 2237 N OAKLEY AVE 2 | | 3 | 2 |
| 22) | 07172783 | ACTV | 2918 W LYNDALE ST 1 | | 3 | 2.1 |
| 23) | 06943611 | ACTV | 3241 W PALMER ST 1E | | 3 | 2.1 |
| 24) | 07130500 | ACTV | 2503 W FULLERTON AVE 2 | | 3 | 2 |
| 25) | 07018035 | ACTV | 2810 W LOGAN BLVD 1 | | 3 | 3 |
| 26) | 06943600 | ACTV | 3241 W PALMER ST 1W | | 3 | 2.1 |
| 27) | 07130495 | ACTV | 2503 W FULLERTON AVE 3 | | 3 | 2 |
| 28) | 07029636 | ACTV | 3552 W LYNDALE ST 2-W | | 4 | 3 |
| 29) | 06865673 | ACTV | 3125 W Fullerton 519 | | 3 | 2 |
| 30) | 06943620 | ACTV | 2147 N SAWYER ST 1 | | 3 | 2.1 |
| 31) | 07133267 | ACTV | 2342 W Bloomingdale AVE 109 | | 3 | 3 |
| 32) | 07130488 | ACTV | 2503 W FULLERTON AVE 4 | | 3 | 2 |
| 33) | 07197404 | ACTV | 2444 W DIVERSEY AVE 1W | | 4 | 3.1 |
| 34) | 07054922 | PCHG | 1812 N Rockwell ST B | | 3 | 3.1 |
| 35) | 07215870 | ACTV | 2353 W BELDEN AVE 2 | | 3 | 2 |
| 36) | 07128328 | ACTV | 1832 N ROCKWELL ST 1 | | 3 | 2.1 |
| 37) | 07216865 | ACTV | 2047 N Mozart ST 1 | | 3 | 2.1 |
| 38) | 07215879 | ACTV | 2353 W BELDEN AVE 3N | | 3 | 2 |
| 39) | 07165220 | ACTV | 2309 N Damen AVE 206 | | 3 | 2 |
| 40) | 07138413 | ACTV | 2316 W SHAKESPEARE AVE 1 | | 3 | 2.1 |
| 41) | 07177545 | ACTV | 2219 N CAMPBELL AVE 1S | | 3 | 2.1 |
| 42) | 07219086 | ACTV | 1060 N HERMITAGE AVE 2 | | 3 | 2.1 |
| 43) | 07145155 | TEMP | 2650 W Belden AVE 207 | | 3 | 2 |
| 44) | 07167456 | ACTV | 1824 N Rockwell ST E | | 3 | 3 |
| 45) | 07155344 | ACTV | 2216 W ARMITAGE AVE 3D | | 3 | 2 |
| 46) | 07175843 | ACTV | 2316 W Wolfram ST 2316 | | 3 | 2.1 |

Case 09-05984    Doc 26-3    Filed 05/26/09    Entered 05/26/09 17:29:05    Desc Exhibit
Exhibit C to Repsonse to Motion    Page 45 of 46

Prepared By: Fermin Perez, CNC Century 21 Lullo

connectMLS - Connecting Your Real Estate Community  http://mredllc6.connectmls.com/cma/postedCMAsReport.jsp?dcid=6A97...

Case 09-05984 Doc 26-3 Filed 05/26/09 Entered 05/26/09 17:29:05 Desc Exhibit
Exhibit C to Repsonse to Motion Page 46 of 46

# Seller's Statement
## Property At:

## *Prepared For: Atty Ruiz*
*,*

## *Suggested Marketing Price:* **$368,950**

Prepared By: Fermin Perez, CNC Century 21 Lullo