# Comparative Market Analysis

Property At:

*Prepared For:*
Miguel Ruiz

,

*Prepared By:*
Fermin Perez
Century 21 Lullo



Office Phone: (630) 543-5640
Direct Line: (630) 258-7708
Personal Fax Number:
Email: fprealtor@netscape.net

Miguel Ruiz

,


Dear Miguel Ruiz,

Thank you for allowing me this opportunity to provide you with our exclusive Market Analysis for your home. This analysis, especially prepared for you, was researched from reliable information currently available from the local multiple listing service. It indicates what real estate activity has occurred in your area with other properties. While none of the properties are exactly like yours, they do provide a good reference source for a comparative market analysis.

I welcome the opportunity to work as your real estate professional. I encourage you to contact me should you have any questions or require any additional information.

Sincerely,
Fermin Perez

Century 21 Lullo

# Seller's Statement
## Property At:

*Prepared For: Miguel Ruiz*

*,*

*Suggested Marketing Price: $1,028,187*

Prepared By: Fermin Perez Century 21 Lullo

# Market Analysis Summary

## Currently for Sale

**Comparables**

| MLS # | Stat | Address | List Price | # Rms | Beds | Baths | LMT | MT |
|---|---|---|---|---|---|---|---|---|
| 07010168 | ACTV | 1906 W BERWYN | $799,000 | 10 | 5 | 3.1 | 201 | 201 |
| 07060411 | ACTV | 4730 N WINCHESTER | $799,000 | 7 | 4 | 3 | 145 | 276 |
| 07156267 | ACTV | 4936 N HOYNE AVE | $869,900 | 9 | 4 | 3.1 | 12 | 12 |
| 07123969 | PCHG | 1908 W Farragut AVE | $875,000 | 10 | 4 | 3.1 | 48 | 48 |
| 07163394 | NEW | 5540 N Francisco AVE | $899,900 | 12 | 4 | 3.1 | 4 | 47 |
| 07119886 | PCHG | 4714 N WOLCOTT AVE | $934,900 | 11 | 4 | 3.1 | 54 | 266 |
| 06982004 | ACTV | 5139 N OAKLEY AVE | $979,000 | 12 | 5 | 3.1 | 233 | 250 |
| 07021176 | ACTV | 5123 N WINCHESTER ST | $999,000 | 13 | 5 | 3.1 | 191 | 191 |
| 07156832 | ACTV | 5036 N Winchester | $999,000 | 11 | 5 | 3.1 | 12 | 126 |
| 07124561 | ACTV | 2012 W GIDDINGS ST | $1,210,000 | 9 | 4 | 3.1 | 48 | 48 |
| 07111715 | ACTV | 5049 N OAKLEY AVE | $1,250,000 | 10 | 4 | 3.1 | 65 | 111 |
| 07136912 | ACTV | 4610 N Wolcott ST | $1,299,000 | 12 | 4 | 3.1 | 34 | 447 |
| 07148240 | ACTV | 4148 N Rockwell ST | $1,375,000 | 10 | 5 | 3.1 | 20 | 20 |
| 07005434 | ACTV | 4930 N Winchester AVE | $1,450,000 | 14 | 6 | 4.1 | 208 | 208 |
| 07149018 | ACTV | 4838 N OAKLEY AVE | $1,450,000 | 11 | 5 | 3.2 | 20 | 306 |
| 06721902 | ACTV | 2104 W GIDDINGS | $1,495,000 | 12 | 6 | 3.2 | 505 | 717 |
| 07103620 | ACTV | 4630 N PAULINA AVE | $1,495,000 | 12 | 4 | 3.2 | 74 | 74 |
| 06859901 | ACTV | 4934 N Hamilton AVE | $1,499,995 | 12 | 6 | 4.2 | 344 | 344 |

**Statistics**    Total Properties: 18

| | List Price | Approx SF | Beds | Baths | LMT | MT |
|---|---|---|---|---|---|---|
| Minimum | $799,000 | 3900 | 4 | 3 | 4 | 12 |
| Maximum | $1,499,995 | 5000 | 6 | 4 | 505 | 717 |
| Average | $1,148,816 | 4335 | 5 | 3 | 123 | 205 |

Prepared By: Fermin Perez Century 21 Lullo

# Market Analysis Summary (continued)

## Pending Sale

**Comparables**

| MLS # | Stat | Address | List Price | # Rms | Beds | Baths | LMT | MT |
|---|---|---|---|---|---|---|---|---|
| 07069425 | CTG | 4834 N Hoyne ST | $799,000 | 9 | 4 | 3.1 | 134 | 134 |
| 07150954 | CTG | 5067 N WINCHESTER AVE | $939,000 | 9 | 4 | 4.1 | 18 | 18 |
| 06933873 | PEND | 4641 N WOLCOTT AVE | $999,900 | 9 | 4 | 4.1 | 228 | 228 |
| 06956685 | CTG | 4920 N Wolcott AVE | $1,099,900 | 11 | 5 | 4.1 | 254 | 605 |

**Statistics**                                                                 Total Properties: 4

|  | List Price | Approx SF | Beds | Baths | LMT | MT |
|---|---|---|---|---|---|---|
| Minimum | $799,000 | 4300 | 4 | 3 | 18 | 18 |
| Maximum | $1,099,900 | 5005 | 5 | 4 | 254 | 605 |
| Average | $959,450 | 4568 | 4 | 4 | 159 | 246 |

Prepared By: Fermin Perez Century 21 Lullo

# Market Analysis Summary (continued)

## Recently Sold

**Comparables**

| MLS # | Stat | Address | List Price | Sold Pr | Clsd Dt | # Rms | Beds | Baths | LMT | MT |
|---|---|---|---|---|---|---|---|---|---|---|
| 06842954 | CLSD | 1808 W Summerdale AVE | $924,900 | $906,375 | 10/01/2008 | 12 | 4 | 3.1 | 72 | 72 |
| 06951345 | CLSD | 4420 N CAMPBELL AVE | $1,199,000 | $1,150,000 | 10/06/2008 | 10 | 4 | 3.1 | 46 | 256 |

**Statistics**    Total Properties: 2

|  | List Price | Sold Pr | Approx SF | Beds | Baths | LMT | MT |
|---|---|---|---|---|---|---|---|
| Minimum | $924,900 | $906,375 | 0 | 4 | 3 | 46 | 72 |
| Maximum | $1,199,000 | $1,150,000 | 0 | 4 | 3 | 72 | 256 |
| Average | $1,061,950 | $1,028,188 | 0 | 4 | 3 | 59 | 164 |

Sold properties closed averaging 96.82% of their Final List Price (FLP).
This reflects a 3.18% difference between property sale prices and their FLP's.

Prepared By: Fermin Perez Century 21 Lullo

# Comparables

| | Subject Property | Comp #1 | Adjustment | Comp #2 | Adjustment | Comp #3 | Adjustment |
|---|---|---|---|---|---|---|---|
| MLS #: | | 07010168 | | 07060411 | | 07156267 | |
| Status: | | **ACTV** | | **ACTV** | | **ACTV** | |
| Street Number: | | 1906 | | 4730 | | 4936 | |
| Compass Point: | | W | | N | | N | |
| Street Name: | | BERWYN | | WINCHESTER | | HOYNE | |
| Street Suffix: | | | | | | AVE | |
| City: | | Chicago | | Chicago | | Chicago | |
| List Price: | | $799, 000 | | $799, 000 | | $869, 900 | |
| Sold Price: | | | | | | | |
| Closed Date: | | | | | | | |
| Market Time: | | 201 | | 276 | | 12 | |
| Total # Of Rooms: | | 10 | | 7 | | 9 | |
| Bedrooms: | | 5 | | 4 | | 4 | |
| Bathrooms: | | 3.1 | | 3 | | 3.1 | |
| Subdivision: | | | | | | | |
| Lot Size: | | Standard Chicago Lot | | Oversized Chicago Lot | | Oversized Chicago Lot | |
| Approx Sq Ft: | | 4000 | | | | | |
| Type of House: | | 2 Stories | | 2 Stories | | 2 Stories | |
| Dining Room: | | Combined w/ LivRm (WLR) | | Separate (SEP) | | Separate (SEP) | |
| Living Room Size: | | 30X14 | | 22X17 | | 10X13 | |
| Master Bedroom Size: | | 14X20 | | 16X13 | | 14X19 | |
| Model: | | | | | | | |
| Basement: | | Full, Walkout, Finished | | Full | | Full, Finished | |
| Garage Type: | | Detached, 2 Car Garage | | Detached | | Detached, 2 Car Garage | |
| Parking: | | On-Site | | On-Site | | Off Alley | |
| Age: | | 1-5 Years | | 100+ Years | | 51-100 Years | |
| Exterior Building Type: | | Aluminum/Vinyl/Steel Siding (AVS), Cedar (CD) | | Frame (FR) | | Brick (BR) | |
| Elementary Sch Dist: | | 299 | | 299 | | 299 | |
| High Sch Dist: | | 299 | | 299 | | 299 | |
| Short Sale/Foreclosed/Court Approved: | | | | | | | |
| **Total Adjustments:** | | | $0 | | $0 | | $0 |
| **Adjusted Price:** | | | $799000 | | $799000 | | $869900 |

Prepared By: Fermin Perez Century 21 Lullo

## Comparables (continued)

| | Subject Property | Comp #4 | Adjustment | Comp #5 | Adjustment | Comp #6 | Adjustment |
|---|---|---|---|---|---|---|---|
| | No Photo Available | | | | | | |
| MLS #: | | 07123969 | | 07163394 | | 07119886 | |
| Status: | | PCHG | | NEW | | PCHG | |
| Street Number: | | 1908 | | 5540 | | 4714 | |
| Compass Point: | | W | | N | | N | |
| Street Name: | | Farragut | | Francisco | | WOLCOTT | |
| Street Suffix: | | AVE | | AVE | | AVE | |
| City: | | Chicago | | Chicago | | Chicago | |
| List Price: | | $875, 000 | | $899, 900 | | $934, 900 | |
| Sold Price: | | | | | | | |
| Closed Date: | | | | | | | |
| Market Time: | | 48 | | 47 | | 266 | |
| Total # Of Rooms: | | 10 | | 12 | | 11 | |
| Bedrooms: | | 4 | | 4 | | 4 | |
| Bathrooms: | | 3.1 | | 3.1 | | 3.1 | |
| Subdivision: | | | | | | | |
| Lot Size: | | Standard Chicago Lot | | Less Than .25 Acre | | Oversized Chicago Lot | |
| Approx Sq Ft: | | | | | | 4000 | |
| Type of House: | | 2 Stories | | 2 Stories | | 3 Stories | |
| Dining Room: | | Combined w/ LivRm (WLR) | | Separate (SEP) | | | |
| Living Room Size: | | 29X18 | | 29X14 | | 18X16 | |
| Master Bedroom Size: | | 18X17 | | 24X14 | | 18X16 | |
| Model: | | | | | | | |
| Basement: | | Full, Finished, Exterior Access | | Full, Finished, Exterior Access | | Full, Walkout, Finished | |
| Garage Type: | | 2 Car Garage, Garage Door Opener(s) (Auto) | | Attached | | Detached, 2 Car Garage | |
| Parking: | | On-Site | | None/Not Applicable | | Off Alley, On-Site | |
| Age: | | 1-5 Years | | 51-100 Years | | 1-5 Years | |
| Exterior Building Type: | | Aluminum/Vinyl/Steel Siding (AVS) | | Brick (BR) | | Aluminum/Vinyl/Steel Siding (AVS) | |
| Elementary Sch Dist: | | 299 | | 299 | | 299 | |
| High Sch Dist: | | 299 | | 299 | | 299 | |
| Short Sale/Foreclosed/Court Approved: | | | | | | | |
| Total Adjustments: | | | $0 | | $0 | | $0 |
| Adjusted Price: | | $875000 | | $899900 | | $934900 | |

Prepared By: Fermin Perez Century 21 Lullo

# Comparables (continued)

| | Subject Property | Comp #7 Adjustment | Comp #8 Adjustment | Comp #9 Adjustment |
|---|---|---|---|---|
| | No Photo Available | | | |
| MLS #: | | 06982004 | 07021176 | 07156832 |
| Status: | | **ACTV** | **ACTV** | **ACTV** |
| Street Number: | | 5139 | 5123 | 5036 |
| Compass Point: | | N | N | N |
| Street Name: | | OAKLEY | WINCHESTER | Winchester |
| Street Suffix: | | AVE | ST | |
| City: | | Chicago | Chicago | Chicago |
| List Price: | | $979, 000 | $999, 000 | $999, 000 |
| Sold Price: | | | | |
| Closed Date: | | | | |
| Market Time: | | 250 | 191 | 126 |
| Total # Of Rooms: | | 12 | 13 | 11 |
| Bedrooms: | | 5 | 5 | 5 |
| Bathrooms: | | 3.1 | 3.1 | 3.1 |
| Subdivision: | | | | |
| Lot Size: | | Oversized Chicago Lot | Standard Chicago Lot | Less Than .25 Acre |
| Approx Sq Ft: | | 5000 | | 4000 |
| Type of House: | | 2 Stories | 3 Stories | 2 Stories |
| Dining Room: | | Combined w/ LivRm (WLR) | Separate (SEP) | Separate (SEP) |
| Living Room Size: | | 23X12 | 16X19 | 21X18 |
| Master Bedroom Size: | | 23X17 | 18X18 | 18X17 |
| Model: | | | | |
| Basement: | | Full, Walkout, Finished | Full, Walkout, Finished | Full, Finished |
| Garage Type: | | Detached, 3 Car Garage | Detached, 2.5 Car Garage, Owned, On-Site | 2 Car Garage |
| Parking: | | Assigned Spaces-2 or more | On-Site | Off Alley |
| Age: | | 1-5 Years | | 1-5 Years |
| Exterior Building Type: | | Aluminum/Vinyl/Steel Siding (AVS) | Brick (BR) | Aluminum/Vinyl/Steel Siding (AVS) |
| Elementary Sch Dist: | | 299 | 299 | 299 |
| High Sch Dist: | | 299 | 299 | 299 |
| Short Sale/Foreclosed/Court Approved: | | | | |
| Total Adjustments: | | $0 | $0 | $0 |
| Adjusted Price: | | $979000 | $999000 | $999000 |

Prepared By: Fermin Perez Century 21 Lullo

# Comparables (continued)

|  | Subject Property | Comp #10 Adjustment | Comp #11 Adjustment | Comp #12 Adjustment |
|---|---|---|---|---|
|  | No Photo Available |  |  |  |
| MLS #: |  | 07124561 | 07111715 | 07136912 |
| Status: |  | **ACTV** | **ACTV** | **ACTV** |
| Street Number: |  | 2012 | 5049 | 4610 |
| Compass Point: |  | W | N | N |
| Street Name: |  | GIDDINGS | OAKLEY | Wolcott |
| Street Suffix: |  | ST | AVE | ST |
| City: |  | Chicago | Chicago | Chicago |
| List Price: |  | $1, 210, 000 | $1, 250, 000 | $1, 299, 000 |
| Sold Price: |  |  |  |  |
| Closed Date: |  |  |  |  |
| Market Time: |  | 48 | 111 | 447 |
| Total # Of Rooms: |  | 9 | 10 | 12 |
| Bedrooms: |  | 4 | 4 | 4 |
| Bathrooms: |  | 3.1 | 3.1 | 3.1 |
| Subdivision: |  |  |  |  |
| Lot Size: |  | Oversized Chicago Lot | Less Than .25 Acre | Oversized Chicago Lot |
| Approx Sq Ft: |  | 3900 |  | 4250 |
| Type of House: |  | 2 Stories | 2 Stories | 3 Stories |
| Dining Room: |  | Combined w/ LivRm (WLR) | Combined w/ LivRm (WLR) | Separate (SEP) |
| Living Room Size: |  | 26X21 | 26X13 | 18X13 |
| Master Bedroom Size: |  | 23X19 | 17X17 | 18X16 |
| Model: |  |  |  |  |
| Basement: |  | Full, Finished | Full, Finished | Full, Finished |
| Garage Type: |  | 2 Car Garage | 2.5 Car Garage, Garage Door Opener(s) (Auto), Transmitter(s), Owned, On-Site | Detached, 2 Car Garage, Garage Door Opener(s) (Auto), Carport, On-Site |
| Parking: |  | Off Street | Off Alley, Underground/Covered | Assigned Spaces-2 or more, Off Alley, On-Site |
| Age: |  | 6-10 Years | 1-5 Years | 1-5 Years |
| Exterior Building Type: |  | Aluminum/Vinyl/Steel Siding (AVS) | Brick (BR) | Brick (BR), Stone (ST) |
| Elementary Sch Dist: |  | 299 | 299 | 299 |
| High Sch Dist: |  | 299 | 299 | 299 |
| Short Sale/Foreclosed/Court Approved: |  |  |  |  |
| **Total Adjustments:** |  | $0 | $0 | $0 |
| **Adjusted Price:** |  | $1210000 | $1250000 | $1299000 |

| | Subject Property | Comp #13 | Adjustment | Comp #14 | Adjustment | Comp #15 | Adjustment |
|---|---|---|---|---|---|---|---|
| | No Photo Available | | | | | | |
| MLS #: | | 07148240 | | 07005434 | | 07149018 | |
| Status: | | **ACTV** | | **ACTV** | | **ACTV** | |
| Street Number: | | 4148 | | 4930 | | 4838 | |
| Compass Point: | | N | | N | | N | |
| Street Name: | | Rockwell | | Winchester | | OAKLEY | |
| Street Suffix: | | ST | | AVE | | AVE | |
| City: | | Chicago | | Chicago | | Chicago | |
| List Price: | | $1, 375, 000 | | $1, 450, 000 | | $1, 450, 000 | |
| Sold Price: | | | | | | | |
| Closed Date: | | | | | | | |
| Market Time: | | 20 | | 208 | | 306 | |
| Total # Of Rooms: | | 10 | | 14 | | 11 | |
| Bedrooms: | | 5 | | 6 | | 5 | |
| Bathrooms: | | 3.1 | | 4.1 | | 3.2 | |
| Subdivision: | | | | | | | |
| Lot Size: | | Oversized Chicago Lot | | Oversized Chicago Lot | | Oversized Chicago Lot | |
| Approx Sq Ft: | | | | | | 4500 | |
| Type of House: | | 3 Stories | | 3 Stories | | 2 Stories | |
| Dining Room: | | Separate (SEP) | | Combined w/ LivRm (WLR) | | Combined w/ LivRm (WLR) | |
| Living Room Size: | | 20X18 | | 15X13 | | 15X15 | |
| Master Bedroom Size: | | 22X14 | | 21X14 | | 18X15 | |
| Model: | | CEDAR | | | | | |
| Basement: | | Full, Walkout, Finished, English | | Full | | Full, Finished, Exterior Access | |
| Garage Type: | | Attached, 2 Car Garage, Heated | | Detached, 2 Car Garage | | Detached, 3 Car Garage, Garage Door Opener(s) (Auto), Transmitter(s), Owned, On-Site | |
| Parking: | | Off Street | | On-Site | | Off Alley, Off Street, On-Site | |
| Age: | | 6-10 Years | | 100+ Years | | NEW Ready for Occupancy | |
| Exterior Building Type: | | Aluminum/Vinyl/Steel Siding (AVS), Cedar (CD) | | Brick (BR) | | Brick (BR), Limestone (LS) | |
| Elementary Sch Dist: | | 299 | | 299 | | 299 | |
| High Sch Dist: | | 299 | | 299 | | 299 | |
| Short Sale/Foreclosed/Court Approved: | | | | | | | |
| Total Adjustments: | | | | | | | |

| | | | |
|---|---|---|---|
| | $0 | $0 | $0 |
| **Adjusted Price:** | $1375000 | $1450000 | $1450000 |

Prepared By: Fermin Perez Century 21 Lullo

## Comparables (continued)

| | Subject Property | Comp #19 Adjustment | Comp #20 Adjustment | Comp #21 Adjustment |
|---|---|---|---|---|
| MLS #: | | 07069425 | 07150954 | 06933873 |
| Status: | | CTG | CTG | PEND |
| Street Number: | | 4834 | 5067 | 4641 |
| Compass Point: | | N | N | N |
| Street Name: | | Hoyne | WINCHESTER | WOLCOTT |
| Street Suffix: | | ST | AVE | AVE |
| City: | | Chicago | Chicago | Chicago |
| List Price: | | $799, 000 | $939, 000 | $999, 900 |
| Sold Price: | | | | |
| Closed Date: | | | | |
| Market Time: | | 134 | 18 | 228 |
| Total # Of Rooms: | | 9 | 9 | 9 |
| Bedrooms: | | 4 | 4 | 4 |
| Bathrooms: | | 3.1 | 4.1 | 4.1 |
| Subdivision: | | | | |
| Lot Size: | | Oversized Chicago Lot | Oversized Chicago Lot | Oversized Chicago Lot |
| Approx Sq Ft: | | 4300 | | 4400 |
| Type of House: | | 2 Stories | 2 Stories | 3 Stories |
| Dining Room: | | Separate (SEP) | Separate (SEP) | Separate (SEP) |
| Living Room Size: | | 21X16 | 24X18 | 18X15 |
| Master Bedroom Size: | | 21X17 | 18X15 | 18X15 |
| Model: | | | | |
| Basement: | | Full, Walkout, Finished | Full, Finished | Full, Finished |
| Garage Type: | | 3 Car Garage | Detached, 2.5 Car Garage, Garage Door Opener(s) (Auto) | Detached, 2 Car Garage |
| Parking: | | Off Alley, H, On-Site | Off Alley | On-Site |
| Age: | | 6-10 Years | 51-100 Years | 1-5 Years |
| Exterior Building Type: | | Aluminum/Vinyl/Steel Siding (AVS), Frame (FR) | Brick (BR), Frame (FR) | Brick (BR) |
| Elementary Sch Dist: | | 299 | 299 | 299 |
| High Sch Dist: | | 299 | 299 | 299 |
| Short Sale/Foreclosed/Court Approved: | | | | |
| Total Adjustments: | | $0 | $0 | $0 |
| Adjusted Price: | | $799000 | $939000 | $999900 |