# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: Susan Pierson Sonderby

Hearing Date: September 8, 2009

Bankruptcy Case No.: 09 B 5984

Adversary No.:

Title of Case: IN RE MIGUEL S. RUIZ a/k/a MIGUEL RUIZ

Brief Statement of Motion: MOTION OF BANCO POPULAR NORTH AMERICA TO DISMISS OR CONVERT TO CHAPTER 7

Names and Addresses of moving counsel: Francisco E. Connell (#6289256), Unirail & Tilson, P.C. 30 S. Wacker Dr., Ste. 2600, Chicago, IL 60606

Representing: BANCO POPULAR NORTH AMERICA

## ORDER

(1) Debtor shall file its response within seven (7) days by September 15, 2009;

(2) Banco Popular North America shall file its reply within five (5) days thereafter, by September 21, 2009; and

(3) The motion is continued for status on September 23, 2009 at 10:30 a.m.

[signature]

6/11/99